IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES); UNTIED GROUP SERVICE CENTERS, INC.; UICI MARKETING, INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NASE GROUP INSURANCE TRUST FUND; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; and FICTITIOUS DEFENDANTS 1-20, | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:05cv442-W<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## THE NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED, INC.'S CORPORATE DISCLOSURE STATEMENT

Comes now the National Association for the Self-Employed, Inc. (the "NASE"), a defendant in the above-styled cause, pursuant to Rule 7.1, Federal Rules of Civil Procedure, and states that the NASE does not have a parent corporation, and no publicly held company owns ten percent (10%) or more of the NASE's stock.

    /s/ John N. Bolus
John N. Bolus
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

Attorneys for Defendant the National
Association for the Self-Employed, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by facsimile and by U. S. Mail:

Henry Callaway
Hand Arendall, LLP
107 St. Francis St.
AmSouth Bank Building, Suite 3000
Mobile, AL 36602

Charles A. McCallum, III
R. Brent Irby
McCallum, Hoaglund, Cook & Irby, L.L.P.
2062 Columbiana Road
Vestavia Hills, Alabama 35216


on this the 12th day of May, 2005

                                          __/s/ John N. Bolus_____
                                          John N. Bolus