**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, <br><br>  Plaintiffs, <br><br> v. <br><br> MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES); UNTIED GROUP SERVICE CENTERS, INC.; UICI MARKETING, INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NASE GROUP INSURANCE TRUST FUND; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; and FICTITIOUS DEFENDANTS 1-20, <br><br>  Defendants. | CASE NO. 2:05cv442-W |

## SPECIALIZED ASSOCIATION SERVICES' CORPORATE DISCLOSURE STATEMENT

Comes now Specialized Association Services ("SAS"), a defendant in the above-styled cause, pursuant to Rule 7.1, Federal Rules of Civil Procedure, and states that SAS does not have a parent corporation, and no publicly held company owns ten percent (10%) or more of the SAS's stock.

  /s/ John N. Bolus
John N. Bolus
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

Attorneys for Defendant Specialized
Association Services

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by facsimile and by U. S. Mail:

Henry Callaway
Hand Arendall, LLP
107 St. Francis St.
AmSouth Bank Building, Suite 3000
Mobile, AL 36602

Charles A. McCallum, III
R. Brent Irby
McCallum, Hoaglund, Cook & Irby, L.L.P.
2062 Columbiana Road
Vestavia Hills, Alabama 35216

on this the 12th day of May, 2005

                                        /s/ John N. Bolus
                                        John N. Bolus