# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| MEGA LIFE AND HEALTH INSURANCE ) | |
| COMPANY; UNITED INSURANCE COMPANIES, ) | CASE NO. 2:05cv442-W |
| INC. (d/b/a THE INSURANCE ) | |
| CENTER, UGA – ASSOCIATION FIELD ) | |
| SERVICES); UNITED GROUP SERVICE ) | |
| CENTERS, INC.; UICI MARKETING, INC.; ) | |
| SPECIALIZED ASSOCIATION SERVICES, INC.; ) | |
| NASE GROUP INSURANCE TRUST FUND; ) | |
| NATIONAL ASSOCIATION FOR THE SELF- ) | |
| EMPLOYED; STEPHANIE TRANCHINA and ) | |
| FICTITIOUS DEFENDANTS 1-20, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILIING EXHIBITS A.1 THROUGH A. 3 IN SUPPORT OF THE MEGA LIFE AND HEALTH INSURANCE COMPANY'S MOTION TO ADJOURN PENDING TRANSFER PURSUANT TO 28 U.S.C. § 1407 OR, IN THE ALTERNATIVE, TO TRANSFER PURSUANT TO 28 U.S.C. § 1404**

Defendant The MEGA Life and Health Insurance Company hereby notifies the Court that the attached Exhibits A.1 through A.3 were served upon all counsel of record in this action as exhibits to Defendant's Motion to Adjourn Pending Transfer Pursuant to 28 U.S.C. § 1407 or, in the alternative, To Transfer Pursuant to 28 U.S.C. § 1404, which was filed electronically with the Court and emailed to counsel on May 12, 2005.

/s/ E. Luckett Robinson, II
HENRY A. CALLAWAY, III  (CALLH4748)
E. LUCKETT ROBINSON, II  (ROBIE6110)
LISA DARNLEY COOPER  (COOPL8509)
Attorneys for Defendants UICI, UICI Marketing, Inc., and The MEGA Life and Health Insurance Company

OF COUNSEL:

Hand Arendall, LLC
Post Office Box 123
Mobile, AL 36601
Telephone:  (251) 432-5511
Facsimile:  (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that on , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Phillip W. McCallum, Esq.
pwm@mmlaw.net

Robert G. Methvin, Jr., Esq.
rgm@mmlaw.net

James M. Terrell, Esq.
jterrell@mmlaw.net

John N. Bolus, Esq.
jbolus@mcglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day, May 12, 2005, served a copy of the foregoing pleading on all counsel of record by placing a copy of same in United States Mail, properly addressed and first class postage prepaid, as follows:

James B. Pittman, Jr., Esq.
Davis & Fields, P.C.
27180 Pollard Road
Daphne, AL 36526

/s/ E. Luckett Robinson, II