RECEIVED
CLERK'S OFFICE

2003 SEP 22 P 2: 43

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE ASSOCIATION-GROUP
INSURANCE LITIGATION

MDL DOCKET NO. _____

## MOTION FOR TRANSFER AND CONSOLIDATION
## IN THE NORTHERN DISTRICT OF TEXAS

Pursuant to 28 U.S.C. § 1407 and Rule 7.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "MDL Panel"), movants UICI, Mid-West National Life Insurance Company of Tennessee ("Midwest"), and The MEGA Life and Health Insurance Company ("MEGA"), (collectively, the "Movants") respectfully submit this motion to transfer the eleven federal actions described in the attached Schedule of Actions to the Northern District of Texas, Dallas Division, for coordinated or consolidated pre-trial proceedings. In support of this motion, Movants allege as follows:

    1.    <u>Eleven Similar Actions Are Pending in the Federal Courts.</u> Eleven federal actions (the "Actions") that all arise from the relationship between the Movants and certain associations are currently pending in six separate districts and four different states. These actions are listed in the Schedule of Actions, which is attached hereto as Attachment "A."

2. <u>Common Questions of Fact Exist</u>. All of the Actions involve common questions of law and fact. Generally, the complaints in these Actions allege that the Movants (UICI, MEGA, and Mid-West) engaged in a nationwide scheme to sell health insurance to individual consumers and small business owners by fraudulently concealing alleged relationships between UICI, Mid-West, and MEGA and two not-for-profit associations, the Alliance for Affordable Services (the "Alliance") and the National Association for the Self Employed (the "NASE"). Development of the intricate facts common to the Actions – including the alleged interrelationship between the Movants, the NASE, and the Alliance – will be sought by the Plaintiffs in the Actions. Further, anticipated discovery requests regarding these alleged interrelationships are likely to significantly overlap in the Actions.

3. <u>Transfer Promotes Justice and Efficiency</u>. Transfer of the Actions to a single district for coordinated or consolidated pre-trial proceedings will promote the just and efficient conduct of the Actions through the efficient use of judicial resources, the prevention of duplicative discovery, and the avoidance of inconsistent pre-trial rulings.

4. <u>The Actions Should be Transferred to the Northern District of Texas</u>. The United States District Court for the Northern District of Texas is the most suitable forum in which the requested coordinated or consolidated pre-trial proceedings should be conducted. Defendants UICI, a Delaware corporation, and Mid-West, a Tennessee corporation, both have their corporate headquarters in Texas, and Specialized Association Services, a secondary defendant in some of the proceedings, is a Texas corporation with its principal place of business in Texas. Likewise, the NASE has its principal place of business within the Northern District of Texas. Thus, the majority of any existing

corporate documents likely to be the subject of anticipated discovery requests are located within the Northern District of Texas. Additionally, coordination or consolidation in the Northern District of Texas will result in convenience and total cost savings. The only purported class action among the Actions for which transfer is sought is pending in Texas. Texas is also where all the plaintiffs to the purported state-wide class action necessarily reside. Further, plaintiffs' counsel for the purported class action and two other Actions (pending in Mississippi) are located closer to the jurisdiction of the Northern District of Texas than any other jurisdiction in which any of the Actions are pending. Finally, the Northern District of Texas is centrally located between the great majority of the Actions.

5. United States District Court Judge Sidney A. Fitzwater or Senior District Judge Barefoot Sanders are both particularly well-suited to handle the pre-trial management of these Actions. Judge Fitzwater is a member of the Committee on Rules of Practice and Procedure of the Judicial Conference of the United States and has previously handled complex insurance-related actions transferred from the MDL Panel. Judge Sanders has previously served on the MDL Panel and likewise has extensive experience in coordinating complex, multidistrict litigation.

**WHEREFORE,** Movants respectfully request that, pursuant to 28 U.S.C. § 1407, the MDL Panel order the transfer of the Actions listed on Attachment A to the United States District Court for the Northern District of Texas, Dallas Division, for coordinated or consolidated pre-trial proceedings and, with the consent of that court, to the docket of District Judge Sidney A. Fitzwater or Senior District Judge Barefoot Sanders.

**DATED:** September 22, 2003.

Respectfully submitted,

_____
Ralph I. Miller
T. Ray Guy
Yvette Ostolaza
Robert R. Summerhays
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court
Suite 300
Dallas, TX 75201-6950
Telephone: 214-746-7700
Facsimile: 214-746-7777

David B. Hird
Holly E. Loiseau
WEIL, GOTSHAL & MANGES LLP
1501 K Street, Suite 100
Washington, D.C. 20005-1411
202-682-7000
Fax: 202-857-0940

Counsel for Defendants UICI, Mid-West
National Life Insurance Company of
Tennessee, and The MEGA Life and Health
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by certified mail, return receipt requested, on September 22, 2003, on the persons listed on the attached Master Panel Service List for Plaintiffs and Defendants.

*Holly E. Loiseau*
Holly E. Loiseau

RECEIVED
CLERK'S OFFICE
2003 SEP 22 P 2: 43
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

# MASTER PANEL SERVICE LIST

Joseph T. Acquaviva, Jr., Esq.
Amy L. Thomas, Esq.
Wilson Cain & Acquaviva-OKC
300 NW 13th St., Suite 100
Oklahoma City, OK 73103

Attorneys for Defendants The MEGA Life and Health Insurance Company and UICI in Garcia v. The MEGA Life and Health Insurance Company.


Sheryl Bey, Esq.
Baker, Donelson, Bearman & Caldwell
P.O. Box 14167
Jackson, MS 39236

Attorney for Defendant The MEGA Life and Health Insurance Company in Webster v. The MEGA Life and Health Insurance Co., Tomlin v. The MEGA Life and Health Insurance Company, Bishop v. The MEGA Life and Health Insurance Company, Bailey v. The MEGA Life and Health Insurance Company, and Clark v. The MEGA Life and Health Insurance Company.


Andre H. Cronthall, Esq.
Sheppard Mullin Richter & Hampton
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071-1448

Attorney for Defendants UICI and Mid-West National Life Insurance Company of Tennessee in Correa v. UICI and for Defendants UICI, Mid-West National Life Insurance Company of Tennessee, and Michael Davis in Portune v. UICI.


Randy D. Curry, Esq.
Law Offices of Randy D. Curry
2424 SE Bristol Avenue, Suite 250
Newport Beach, CA 92660

Attorneys for Plaintiff Debbie Correa in Correa v. UICI and for Plaintiffs Albert J. Portune and Leslie Portune in Portune v. UICI.

Marion Wesley Frazier, Esq.
Dwight M. Francis, Esq.
Michael H. Francis, Esq.
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201

Attorneys for Defendants the National Association for the Self Employed and the NASE Group Insurance Trust in Garcia v. The MEGA Life and Health Insurance Company.


Alice Garber, Esq.
Christopher J. Cox, Esq.
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Attorneys for Defendants UICI, The MEGA Life and Health Insurance Company, and Mid-West National Life Insurance Company of Tennessee in Lacy v. The MEGA Life and Health Insurance Company.


Baldemar Garza, Esq.
Attorney at Law
200 E. Second Street
Rio Grande City, TX 78582

Attorneys for Defendants UICI and The MEGA Life and Health Insurance Company in Garcia v. The MEGA Life and Health Insurance Company.


Michael D. Greer, Esq.
Greer, Pipkin & Russell
P.O. Box 907
117 N. Broadway Street
Tupelo, MS 38802-0907

Attorneys for Plaintiffs Herman Tomlin and Gary Harrison in Tomlin v. The MEGA Life and Health Insurance Company, for Plaintiffs William E. Bailey, Mike Ellis, Windell E. Pounds, and Clara Mae Pounds in Bailey v. The MEGA Life and Health Insurance Company, for Plaintiffs Robert Pride, Effie D. Pride, Etheldra D. Haynie, Brandon A. Mayo, Thomas A. Mills, Johnny Moore, Gary Nanney, and Royce Spears in Pride v. The MEGA Life and Health Insurance Company, for Plaintiffs Harold D. Webster, Melvin Glenn Gresham, and Sandra Gresham in Webster v. The MEGA Life and Health Insurance Company, and for Plaintiffs Robert Clark and Donna R. Clark in Clark v. The MEGA Life and Health Insurance Company.

Arnulfo Guerra, Jr., Esq.
Guerra & Guerra
1900 W. University, Suite 6 PMB40
Edinburg, TX 78539

Attorneys for Plaintiffs Frank Garcia, Cynthia Alaniz, and a purported class of persons similarly situated in Garcia v. The MEGA Life and Health Insurance Company.


T. Ray Guy, Esq.
Yvette Ostolaza, Esq.
Robert R. Summerhays, Esq.
Angela C. Wennihan, Esq.
Weil Gotshal & Manges
200 Crescent Court, Suite 300
Dallas, TX 75201

Attorneys for Defendants UICI and The MEGA Life and Health Insurance Company in Garcia v. The MEGA Life and Health Insurance Company.


John Samuel Hill, Esq.
Lamar Bradley Dillard, Esq.
Mitchell, McNutt & Sams
105 S. Front Street
Tupelo, MS 38804

Attorneys for Defendants William Phipps, Robert Wesley Pittman, and John Does 1-20 in Clark v. The MEGA Life and Health Insurance Company, for Defendants Chad Mills, Robert Wesley Pittman, Barry Lee, and John Does 1-20 in Pride v. The MEGA Life and Health Insurance Company, for Defendants William Phipps and John Does 1-20 in Tomlin v. The MEGA Life and Health Insurance Company, for Defendants Barry Lee, Chad Mills, William Phipps, and John Does 1-20 in Bailey v. The MEGA Life and Health Insurance Company, and for Defendants William Phipps, David Bernard, Chad Mills, and John Does 1-20 in Webster v. The MEGA Life and Health Insurance Company.


John Lee Malesovas, Esq.
David H. Martin, Esq.
Malesovas & Martin, LLP
425 Austin Avenue
Waco, TX 76701

Attorneys for Plaintiffs Frank Garcia, Cynthia Alaniz, and a purported class of persons similarly situated in Garcia v. The MEGA Life and Health Insurance Company.

Steven S. Mansell, Esq.
Mark A. Engel, Esq.
Steven S. Ashmore, Esq.
Mansell, Engel & Ashmore
101 Park Ave., Suite 665
Oklahoma City, OK 73102

Attorneys for Plaintiffs Lloyd H. Grigsby and Frances R. Grigsby in <u>Grigsby v. The MEGA Life and Health Insurance Company</u>.


Brian K. Mazen, Esq.
William E. von Behren, Esq.
Meserve Mumper & Hughes, LLP
300 S. Grand Ave., 24th Floor
Los Angeles, CA 90071-3185

Attorneys for Defendants the Alliance for Affordable Services, Specialized Association Services, William Callaghan, Jr., and Howard Segal in <u>Portune v. UICI</u>, and for Defendants the Alliance for Affordable Services, William Callaghan, Jr., Howard Segal, Paul Pevsner, M.D., Danelle Nixon, and Ace Loomis in <u>Correa v. UICI</u>.


Rene P. Montalvo, Esq.
Law Office of Rene P. Montalvo, P.C.
206 North Britton Street, Suite C
PO Box 16
Rio Grande City, TX 78582

Attorney for Plaintiffs Frank Garcia, Cynthia Alaniz, and a purported class of persons similarly situated in <u>Garcia v. The MEGA Life and Health Insurance Company</u>.


Joe D. Pegram, Esq.
1405 Jackson Ave.
P.O. Box 389
Oxford, MS 38655

Attorney for Plaintiff Billy Randall Bishop in <u>Bishop v. The MEGA Life and Health Insurance Company</u>.


Richard T. Phillips, Esq.
Smith, Phillips, Mitchell & Scott
103 Bates Street
P.O. Box 1586
Batesville, MS 38606

Attorney for Plaintiffs Robert Clark and Donna R. Clark in <u>Clark v. The MEGA Life and Health Insurance Company</u>, and for Plaintiffs Robert Pride, Effie D. Pride, Etheldra D.

Haynie, Brandon A. Mayo, Thomas A. Mills, Johnny Moore, Gary Nanney, and Royce Spears in <u>Pride v. The MEGA Life and Health Insurance Company</u>.

Kennedy P. Richardson, Esq.
Marion's Inn
1611 Telegraph Ave., Suite 707
Oakland, CA 94612-2145

Attorney for Defendants the National Association for the Self Employed and the Alliance for Affordable Services in <u>Lacy v. The MEGA Life and Health Insurance Company</u>.

Jamie Arturo Saenz, Esq.
Rodriguez, Colvin & Chaney, LLP
1201 E. Van Buren
Brownsville, TX 78522

Attorney for Defendants UICI and the MEGA life and Health Insurance Company in <u>Garcia v. The MEGA Life and Health Insurance Company</u>.

William M. Shernoff, Esq.
Evangeline F. Garris, Esq.
Shernoff Bidart & Darras, LLP
600 S. Indian Hill Blvd.
Claremont, CA 91711-5498

Attorneys for Plaintiff Debbie Correa in <u>Correa v. UICI</u> and for Albert J. Portune and Leslie Portune in <u>Portune v. UICI</u>.

Edward J. Simone, Esq.
Michael J. Reiser, Esq.
Law Offices of Reiser & Simone
1806 Bonanza Street
Walnut Creek, CA 94596

Attorneys for Plaintiff Sandra Lacy in <u>Lacy v. The MEGA Life and Health Insurance Company</u>.

Robert D. Tomlinson, Esq.
Coree L. Sinclair, Esq.
McKinney & Stringer-OKC
Corporate Tower
101 N. Robinson Ave., Suite 1300
Oklahoma City, OK 73102-5504

Attorneys for Defendant the National Association for the Self Employed in <u>Grigsby v. The MEGA Life and Health Insurance Company</u>.


Victor Vincent Vicinaiz, Esq.
Roerig Oliveira and Fisher
506 E. Dove Ave.
McAllen, TX 78504

Attorneys for Defendant the National Association for the Self Employed in <u>Garcia v. The MEGA Life and Health Insurance Company</u>.


Thomas A. Wicker, Esq.
Michael D. Tapscott, Esq.
Holland, Ray, Upchurch & Hillen, P.A.
322 Jefferson Street
Tupelo, MS 38804

Attorneys for Defendant the National Association for the Self Employed in <u>Tomlin v. The MEGA Life and Health Insurance Company</u>, <u>Bishop v. The MEGA Life and Health Insurance Company</u>, <u>Bailey v. The MEGA Life and Health Insurance Company</u>, <u>Clark v. The MEGA Life and Health Insurance Company</u>, <u>Webster v. The MEGA Life and Health Insurance Company</u>, and <u>Pride v. The MEGA Life and Health Insurance Company</u>.

## DISTRICT COURTS

United States District Court
Central District of California, Western Division
760 United States Courthouse
255 East Temple Street
Los Angeles, CA 90012
Case No. 03-CV-4778
Judge Florence-Marie Cooper


United States District Court
Central District of California, Eastern Division
George E. Brown Jr. Federal Building and Courthouse
3470 Twelfth Street
Riverside, CA 92501
Case No. 03-CV-1060
Judge Robert J. Timlin


United States District Court,
Northern District of California, Oakland Division
1301 Clay Street, 4th Floor
Oakland, CA 94612
Case No. 4:03-CV-02852
Judge Claudia Wilken


United States District Court
Northern District of Mississippi, Eastern Division
301 West Commerce, Street, Room 342*
Aberdeen, MS 39730
Case No. 03-CV-114
Case No. 03-CV-180
Case No. 03-CV-274
Chief Judge Glen H. Davidson


United States District Court
Northern District of Mississippi, Delta Division
388 Federal Building
911 Jackson Ave,
Oxford, MS 83655-1238
Case No. 03-CV-147
Senior Judge Neal B. Biggers
Case No. 03-CV-246
Chief Judge Glen H. Davidson (*see address listed above)

United States District Court
Northern District of Mississippi, Western Division
335 Federal Building
911 Jackson Ave,
Oxford, MS 83655-1238
Case No. 03-CV-103
Judge Michael P. Mills


United States District Court
Western District of Oklahoma, Oklahoma City Division
200 N.W. 4th Street, Room 5406
Oklahoma City, OK 73102
Case No. 03-CV-764
Judge Joe Heaton


United States District Court
Southern District of Texas, McAllen Division
Texas Commerce Center
1701 West Business Highway 83
McAllen, TX 78501
Case No. 03-CV-194
Judge Randy Crane

# Exhibit A

# Exhibit A

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASSOCIATION-GROUP<br>INSURANCE LITIGATION | MDL DOCKET NO. _____ |

## SCHEDULE OF RELATED CASES

*Debbie Correa v. UICI; Mid-West National Life Insurance Company of Tennessee; Alliance for Affordable Services; Cornerstone America; Specialized Association Services; William Callaghan, Jr.; Howard Segal; Paul Pevsner, M.D.; Danelle Nixon; Ace Loomis*
United States District Court, Central District of California, Western Division
Case No. 03-CV-4778
United States District Court Judge Florence-Marie Cooper


*Sandra Lacy v. MEGA Life and Health Insurance Company, an Oklahoma Insurance Company; Mid-West National Life Insurance Company of Tennessee, a Tennessee Insurance Company; NASE Group Insurance Trust; National Association for the Self Employed aka NASE, a Texas Corporation; United Group Association, Inc.; Alliance for Affordable Services; The Business and Professional Service Industry Trust; Cornerstone Marketing of America; UICI, Inc., a Delaware Corporation and Does 1 through 200*
United States District Court, Northern District of California, Oakland Division
Case No. 4:03-CV-02852
United States District Court Judge Claudia Wilken


*Albert J. Portune and Leslie Portune v. UICI; Mid-West National Life Insurance Company of Tennessee; Alliance for Affordable Services; Cornerstone America; Specialized Association Services; William Callaghan, Jr.; Howard Segal; Paul Pevsner, M.D.; Danelle Nixon; Ace Loomis; Michael Davis; and Does 1 through 100, inclusive*
United States District Court, Central District of California, Eastern Division

Case No. 03-CV-1060
United States District Court Judge Robert J. Timlin

*Herman Tomlin and Gary Harrison v. MEGA Life and Health Insurance Company; NASE Group Insurance Trust; National Association for the Self-Employed aka NASE; William L. Phelps; and John Does 1 through 20*
United States District Court, Northern District of Mississippi, Eastern Division
Case No. 03-CV-114
United States District Court Chief Judge Glen H. Davidson


*William E. Bailey; Mike Ellis; Windell E. Pounds, and Clara Mae Pounds v. MEGA Life and Health Insurance Company; NASE Group Insurance Trust; National Association for the Self-Employed aka NASE; Barry Lee; Chad Mills; William L. Phipps; and John Does 1 through 20*
United States District Court, Northern District of Mississippi, Eastern Division
Case No. 03-CV-180
United States District Court Chief Judge Glen H. Davidson


*Robert Pride; Effie D. Pride; Etheldra D. Haynie; Brandon A. Mayo; Thomas A. Mills; Johnny Moore; Gary Nanney; Royce Spears; and Hudson Williams v. MEGA Life and Health Insurance Company; NASE Group Insurance Trust; National Association for the Self-Employed aka NASE; Chad Mills; Robert Wesley Pittman; Barry Lee; and John Does 1 through 20*
United States District Court, Northern District of Mississippi, Delta Division
Case No. 03-CV-147
United States District Court Senior Judge Neal B. Biggers


*Robert Clark and Donna R. Clark v. MEGA Life and Health Insurance Company; NASE Group Insurance Trust Fund; National Association for the Self-Employed aka NASE; William L. Phillps; Robert Wesley Pittman; and John Does 1 through 20*
United States District Court, Northern District of Mississippi, Delta Division
Case No. 03-CV-246
United States District Court Chief Judge Glen H. Davidson


*Billy Randall Bishop v. David S. Barnard; MEGA Life and Health Insurance Company; NASE Group Insurance Trust; and National Association for the Self-Employed aka NASE*
United States District Court, Northern District of Mississippi, Western Division
Case No. 03-CV-103
United States District Court Judge Michael P. Mills

*Harold D. Webster; Melvin Glenn Gresham and Sandra Gresham v. MEGA Life and Health Insurance Company; NASE Group Insurance Trust Fund; National Association for the Self-Employed aka NASE; William L. Phipps; David Bernard; Chad Mills; and John Does 1 through-20*
United States District Court, Northern District of Mississippi, Eastern Division
Case No. 03-CV-274
United States District Court Chief Judge Glen H. Davidson


*Lloyd H. Grigsby and Frances R. Grigsby v. The MEGA Life and Health Insurance Company; National Association for the Self-Employed; and UICI*
United States District Court, Western District of Oklahoma, Oklahoma City Division
Case No. 03-CV-764
United States District Court Judge Joe Heaton


*Frank Garcia and Cynthia Alaniz, on behalf of Themselves and a Class of Persons Similarly Situated v. MEGA Life and Health Insurance Company; NASE Group Insurance Trust; National Association for the Self-Employed aka NASE and UICI, Inc.*
United States District Court, Southern District of Texas, McAllen Division
Case No. 03-CV-194
United States District Court Judge Randy Crane