JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 3 2004

FILED
CLERK'S OFFICE

DOCKET NO. 1578

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE UICI "ASSOCIATION-GROUP" INSURANCE LITIGATION

*Eugene Armistead, et al. v. UICI, et al.*, C.D. California, C.A. No. 2:04-6781

### CONDITIONAL TRANSFER ORDER (CTO-5)

On February 20, 2004, the Panel transferred nine civil actions to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, four additional actions have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable A. Joe Fish.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Fish.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of February 20, 2004, 305 F.Supp.2d 1360 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable A. Joe Fish.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

309