EXHIBIT 3

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

In re UICI "Association-Group"
Insurance Litigation

MEGA OPT    00001680

RECEIVED SEP 1 0 2004

## REQUEST FOR EXCLUSION

(Print or type)
My full name is: David Paul Noakes
                 first    middle    last

I reside at: 411 Inlet Rd
             street address
             Eufaula                    AL    36027
             city                       state zip

Please provide the following information:

1. Please list the insurer's name, policy or certificate number, name of insured(s), date of issuance, and date of termination (if any) of any health insurance policy or certificate under which you had coverage at any time between August 1, 1998 and May 14, 2004:

   David P. Noakes MegaLife + Health Ins Co
   Insurer Name                          Policy/Certificate Number
   David P. Noakes                       053 787065
   Insured Name(s)   ←  [Cynthia M. Noakes, Joel D. Noakes, Madison A. Noakes]
   7/20/04                               N/A
   Issuance Date:                        Termination Date (if any)

2. Please list the association name, name of member, member identification number, type or level of membership, and dates of membership for any Association Membership purchased by you, on your behalf, or for your benefit between August 1, 1998 and May 14, 2004:

   National Assoc for the Self-Employed    David P. Noakes
   Association Name                         Member Name
   SSN 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                          ?
   Member ID Number                         Membership type/level
   7/20/04
   Membership Dates

I do not wish to be a Member of the Settlement Class. I have read the Class Notice regarding the class action litigation in the above-referenced case. I am sufficiently advised of my rights to remain in the Settlement Class and be bound by any judgment rendered therein. By opting out, I am excluding myself from the binding effect of judgment and from any and all consideration available to Settlement Class Members. I also realize that if I exclude myself from the Settlement Class by opting out and subsequently choosing to bring an independent action, I will be responsible for choosing and compensating my own attorney(s) and that the statute of limitations for bringing claims set forth in this litigation will again begin to run from the date of my request for exclusion.

Signature: [David P. Noakes]            Date: 9/7/04

Deliver to: Claims Administrator, In re UICI "Association-Group" Insurance Litigation, P.O. Box 1717, Faribault, MN 55021-1717. This Request for Exclusion must be received by the Claims Administrator by September 17, 2004.