UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

P Send.

CIVIL MINUTES - GENERAL

Case No.  CV 03-4778 FMC(CTx)              Date:  February 5, 2004

Title:    DEBBIE CORREA v UICI, et al.

==================================================================

PRESENT:

THE HONORABLE FLORENCE-MARIE COOPER,   JUDGE

| Alicia Mamer | Not present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                              Not present

PROCEEDINGS:   **ORDER GRANTING MOTION TO STAY PENDING MDL DETERMINATION**

This matter is before the Court on Defendants' Motion to Stay Pending MDL Determination (docket #81). The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing set for February 9, 2004, is removed from the Court's calendar.

This action is currently pending a decision by the multi-district litigation ("MDL") panel regarding whether proceedings in this action should be consolidated or coordinated with other, similar cases. See 28 U.S.C. § 1407. Defendants have moved to stay this action pending the MDL's determination. The Court has broad discretion to grant stays pursuant to its inherent power to control its docket. See Clinton v. Jones, 520 U.S. 681, 706-07, 117 S.Ct. 1636 (1997). The interests of judicial economy favor the granting of a stay. Moreover, should the MDL grant the transfer, the granting of a stay will facilitate consistent rulings in all cases against these Defendants.

For this reason, the Court GRANTS the Motion to Stay, and takes the following Motions off-calendar pending the MDL determination: Motion to Compel Arbitration (docket #82) and Motion to Strike (docket #96).

The parties shall file a joint status report in this action no later than ten days after service of the MDL's ruling regarding transfer of this action.



MINUTES FORM 11                          Initials of Deputy Clerk _____
CIVIL - GEN

99