LODGED

ANDRE J. CRONTHALL, Cal. Bar No. 117088
FRED R. PUGLISI, Cal. Bar No. 121822
CATHERINE LA TEMPA, Cal. Bar No. 162865
WHITNEY D. JONES, Cal. Bar No. 211541
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213/620-1780
Facsimile: 213/620-1398

Attorneys for Defendant
THE MEGA LIFE AND HEALTH
INSURANCE COMPANY

[Stamp: CLERK U.S. DISTRICT COURT / SEP 14 2004 / CENTRAL DISTRICT OF CALIFORNIA / BY_____ DEPUTY]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EUGENE ARMISTEAD and SHIRLEY ARMISTEAD (individually and as conservator for Eugene Armistead),<br><br>Plaintiffs,<br><br>v.<br><br>UICI, THE MEGA LIFE AND HEALTH INSURANCE COMPANY, NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED, UGA ASSOCIATION FIELD SERVICES, SPECIALIZED ASSOCIATION SERVICES, and DOE 1 and DOES 2 through 100 inclusive,<br><br>Defendants. | Case No. CV-04-6781 (FMC) (CTx))<br><br>*[The Hon Florence-Marie Cooper, Presiding]*<br><br>[Complaint Filed: May 13, 2004]<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ACTION**<br><br>Trial Date:   None Set |

In consideration of the Conditional Transfer Order recently issued by the Judicial Panel on Multidistrict Litigation (the "MDL Panel") regarding the conditional transfer of this case to the Honorable Judge A. Joe Fish in the Northern District of Texas (the "Transferee Court") for coordinated or consolidated pretrial

-1-

1 proceedings with other "Association Group" cases, Plaintiffs Eugene Armistead and
2 Shirley Armistead and Defendants The MEGA Life and Health Insurance Company,
3 the National Association for the Self-Employed, and Specialized Association
4 Services, by and through their respective counsel, hereby stipulate and agree to stay
5 this action until the MDL Panel resolves the issue of transfer of this case.[1] A true and
6 correct copy of such Conditional Transfer Order is attached as Exhibit "A" and is
7 incorporated herein by reference.

9       This Court has inherent authority to control its own docket and calendar.
10 See Landis v. N. American Co., 299 U.S. 248, 254-55 (1936). Good cause exists to
11 stay this action for the brief period of time until the MDL Panel rules on the transfer
12 of this case to the Transferee Court.

14       The parties hereby so stipulate, and all currently-scheduled hearings now
15 set for hearing on September 27, 2004, including the following: (1) MEGA's Motion
16 to Strike Complaint (and NASE's joinder therein), (2) MEGA's Motion to Dismiss
17 Complaint, (3) UICI's Motion to Dismiss Complaint, (4) MEGA's Motion for a More
18 Definite Statement, (5) MEGA's Motion to Adjourn, (6) Plaintiffs' Motion to

---

[1] This Stipulation and stay applies to all parties, including UICI and SAS, and it preserves and includes Plaintiffs' right to ask the MDL Panel to order this Court to rule on Plaintiffs' Motion to Remand, and UICI's and SAS's (or other defendants') right to move to dismiss for lack of personal jurisdiction as set forth in their pending motions. By entering into this Stipulation, the Parties do not waive any defenses or rights not expressly set forth herein, including, without limitation, any right the parties presently have to arbitrate.

1 | Remand, (7) the NASE's Motion to Dismiss, and (8) SAS's Motion to Dismiss, and
2 | all deadlines, are stayed the MDL Panel finally determines the issue of transfer of this
3 | case and further order of this Court.

DATED: September 13, 2004 Respectfully submitted:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By *Catherine La Tempa*
CATHERINE LA TEMPA

Attorneys for Defendant
THE MEGA LIFE AND HEALTH
INSURANCE COMPANY

DATED: September __, 2004 Respectfully submitted:

LAW OFFICES OF RANDY D. CURRY

By _____
RANDY D. CURRY

Attorneys for Plaintiffs
EUGENE ARMISTEAD and SHIRLEY ARMISTEAD

DATED: September __, 2004 Respectfully submitted:

MUNGER, TOLLES & OLSON

By _____
ROBERT L. DELL ANGELO

Attorneys for Defendants
THE NATIONAL ASSOCIATION FOR THE
SELF-EMPLOYED AND SPECIALIZED
ASSOCIATION SERVICES

-3-

W02-LA:1CLT1\70749765.2    STIPULATION AND ORDER STAYING ACTION

1  Remand, (7) the NASE's Motion to Dismiss, and (8) SAS's Motion to Dismiss, and
2  all deadlines, are stayed the MDL Panel finally determines the issue of transfer of this
3  case and further order of this Court.

5  DATED: September __, 2004  Respectfully submitted:

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

8  By _____
   CATHERINE LA TEMPA

   Attorneys for Defendant
   THE MEGA LIFE AND HEALTH
   INSURANCE COMPANY

13 DATED: September 13, 2004  Respectfully submitted:

   LAW OFFICES OF RANDY D. CURRY

16 By _____
   RANDY D. CURRY

   Attorneys for Plaintiffs
   EUGENE ARMISTEAD and SHIRLEY
   ARMISTEAD

20 DATED: September __, 2004  Respectfully submitted:

21 MUNGER, TOLLES & OLSON

23 By _____
   ROBERT L. DELL ANGELO

   Attorneys for Defendants
   THE NATIONAL ASSOCIATION FOR THE
   SELF-EMPLOYED AND SPECIALIZED
   ASSOCIATION SERVICES

W02-LA:1CLT1\70749765.2            -3-   STIPULATION AND ORDER STAYING ACTION

Remand, (7) the NASE's Motion to Dismiss, and (8) SAS's Motion to Dismiss, and all deadlines, are stayed the MDL Panel finally determines the issue of transfer of this case and further order of this Court.

DATED: September __, 2004   Respectfully submitted:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
CATHERINE LA TEMPA

Attorneys for Defendant
THE MEGA LIFE AND HEALTH
INSURANCE COMPANY

DATED: September __, 2004   Respectfully submitted:

LAW OFFICES OF RANDY D. CURRY

By _____
RANDY D. CURRY

Attorneys for Plaintiffs
EUGENE ARMISTEAD and SHIRLEY ARMISTEAD

DATED: September 13, 2004   Respectfully submitted:

MUNGER, TOLLES & OLSON

By _____
ROBERT L. DELL ANGELO

Attorneys for Defendants
THE NATIONAL ASSOCIATION FOR THE
SELF-EMPLOYED AND SPECIALIZED
ASSOCIATION SERVICES

## ORDER

Having considered the Stipulation and request for a stay filed by Plaintiffs Eugene Armistead and Shirley Armistead and Defendants The MEGA Life and Health Insurance Company, the National Association for the Self-Employed, and Specialized Association Services, and finding good cause therefor, the Court hereby STAYS this matter until the MDL Panel finally resolves the transfer issue, and further order of this Court. It is further ordered that the following hearings are taken off the Court's calendar: (1) MEGA's Motion to Strike Complaint (and NASE's joinder therein), (2) MEGA's Motion to Dismiss Complaint, (3) UICI's Motion to Dismiss Complaint, (4) MEGA's Motion for a More Definite Statement, (5) MEGA's Motion to Adjourn, (6) Plaintiffs' Motion to Remand, (7) the NASE's Motion to Dismiss, and (8) SAS's Motion to Dismiss. All deadlines related to such motions are also stayed pending further order of this Court.

IT IS SO ORDERED.

Dated: September __, 2004

FLORENCE-MARIE COOPER
_____
Florence-Marie Cooper
Judge, United States District Court