```
                    UNITED STATES DISTRICT COURT            ENT   P Send
                    CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION

                        CIVIL MINUTES - GENERAL
```

Case No.   CV 04-4457 FMC(CTx) √                Date:   August 26, 2004
           CV 04-6357 FMC(CTx)

Title:     MICHAEL JOYCE, et al. v UICI, et al.
           JOSEPH DIAZ, et al. v UICI, et al.
=================================================================
PRESENT:

               THE HONORABLE FLORENCE-MARIE COOPER, JUDGE


         Alicia Mamer                      Not present
         Courtroom Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Not present                            Not present

PROCEEDINGS:   ORDER STAYING ACTIONS    (In Chambers)

In light of the receipt of a conditional transfer order from the Judicial Panel on Multi-District Litigation ("MDL"), the Court hereby STAYS the above-referenced matters until the MDL finally resolves the transfer issue.

```
                              DOCKETED ON CM

                                AUG 27 2004

                              BY ____      005
```

MINUTES FORM 11                              Initials of Deputy Clerk
CIVIL - GEN