## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES); UNITED GROUP SERVICE CENTERS, INC.; UICI MARKETING, INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NASE GROUP INSURANCE TRUST FUND; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; STEPHANIE TRANCHINA and FICTITIOUS DEFENDANTS 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. |
| Defendants. | ) ) ) |

### AFFIDAVIT OF JOANN JONES

STATE OF TEXAS              §
                            §
COUNTY OF TARRANT           §

I, JoAnn Jones, declare as follows:

1.   I am over 21 years of age, am an adult resident of Tarrant County, Texas, and am competent to testify in this matter. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto. This affidavit is submitted in support of The MEGA Life and Health Insurance Company's ("MEGA") Motion to Adjourn Pending Transfer Pursuant to 28

U.S.C. § 1407 or, in the Alternative, to Transfer Pursuant to 28 U.S.C. § 1404 the Complaint filed against it by Plaintiffs in the above-referenced case.

2. I am currently employed as a Senior Analyst in the Special Investigations Unit of MEGA.

3. MEGA is incorporated in the State of Oklahoma, with its principal place of business in North Richland Hills, Texas.

4. At all times relevant hereto, the certificate of health insurance coverage at issue in Plaintiffs' Complaint (the "Certificate") was issued and administered at MEGA's principal place of business in Texas.

5. All documents relating to the issuance and administration of the Certificate is located at MEGA's principal place of business in Texas.

6. A majority of MEGA employees whose work related to the issuance and administration of the Certificate work at MEGA's principal place of business in Texas.

I declare under penalty of perjury under the laws of the State of Alabama and the United States of America that the foregoing is true and correct.

Executed on May 9th, 2005, at North Richland Hills, Texas.

FURTHER AFFIANT SAYETH NOT.

_____
JoAnn Jones

SUBSCRIBED AND SWORN TO before me, the undersigned authority on this 9th day of May, 2005.

_____
Notary Public, State of Texas

BRENDA JOHNSON
MY COMMISSION EXPIRES
September 24, 2007