UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| DAVID P. NOAKES AND CYNTHIA M. NOAKES,<br><br>Plaintiffs,<br><br>v.<br><br>MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES); UNTIED GROUP SERVICE CENTERS, INC.; UICI MARKETING, INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NASE GROUP INSURANCE TRUST FUND; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; STEPHANE TRANCHINA; and FICTITIOUS DEFENDANTS 1-20,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ |
|---|---|---|

## DECLARATION OF STEPHANIE TRANCHINA-HAWES

STATE OF FLORIDA            §
                            §
COUNTY OF MANATEE           §

I, Stephanie Tranchina-Hawes, declare as follows:

1.    My name is Stephanie Tranchina-Hawes, and I am an adult resident of Bradenton, Florida over the age of 21. I make the following statements based upon personal knowledge of the subject matter, and I am otherwise competent to testify to the matters set forth in this declaration.

2.    In January 2005, I moved from Fairhope, Alabama to Bradenton Florida..

3.    I have not lived in Alabama since January 2005.



1

4. I was a citizen and resident of Bradenton Florida on April 6, 2005.

5. I am currently a citizen of and reside in Bradenton, Florida.

6. I am registered to vote in Florida.

7. I rent a home and keep my personal belongings in Florida.

8. My husband also lives in Florida.

9. I am licensed to sell insurance and do sell insurance in Florida.

10. My driver's license was issued by the state of Florida.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 5th, 2005.

By: _____
Stephanie Tranchina-Hawes