UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES,<br><br>Plaintiffs, | )<br>)<br>)<br>)<br>) | |
| v. | )<br>) | Case No. _____ |
| MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES); UNTIED GROUP SERVICE CENTERS, INC.; UICI MARKETING, INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; STEPHANIE TRANCHINA; and FICTITIOUS DEFENDANTS 1-20,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

### DECLARATION OF JOANN JONES

STATE OF TEXAS         §
                      §
COUNTY OF TARRANT   §

I, JoAnn Jones, declare as follows:

1. My name is Jo Ann Jones, and I am an adult resident of Tarrant County, Texas over the age of twenty-one (21). I am currently employed as a Senior Analyst in the Special Investigation Unit of The MEGA Life and Health Insurance Company ("MEGA"). I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.



1

DA1:\406188\01\8PF001!.DOC\78416.0030

2.  According to the business records of MEGA, Plaintiffs David P. Noakes and Cynthia M. Noakes seek benefits under a certificate of health insurance coverage in an amount of approximately $1,220.00, exclusive of interest.

3.  According to the business records of MEGA, Plaintiffs David P. Noakes and Cynthia M. Noakes have paid premiums in an amount totaling approximately $6,006.00.

4.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2005.

By: *JoAnn Jones* (signature)
JoAnn Jones