IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, <br><br> Plaintiffs, <br><br> v. <br><br> MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES); UNTIED GROUP SERVICE CENTERS, INC.; UICI MARKETING, INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NASE GROUP INSURANCE TRUST FUND; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; and FICTITIOUS DEFENDANTS 1-20, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     CASE NO. _____ |

## JOINDER AND CONSENT TO REMOVAL

Defendant the National Association for the Self-Employed (the "NASE"), making a special appearance by and through its counsel of record, appears solely for the purpose of joining in and consenting to the removal of this action to the United States District Court for the Middle District of Alabama, Northern Division. The NASE joins in and consents to the removal of this action subject to and without waiving any defenses pursuant to Rule 12 of the Federal Rules of Civil Procedure.[1]

---

[1] Defendant the NASE also specifically preserves and does not waive any and all applicable defenses pursuant to the Federal Rules of Civil Procedure and any right to demand arbitration pursuant to any applicable contractual agreement to arbitrate.

EXHIBIT 6

At the time the Complaint in this action was filed, the NASE was a corporation organized under the laws of the State of Texas with its principal place of business in Texas, and the NASE remains, at the time of filing of this Joinder and Consent, a corporation organized under the laws of the State of Texas with its principal place of business in Texas. The NASE does not maintain a place of business in Alabama

Respectfully submitted,

By: /s/ John N. Bolus

John N. Bolus
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
901 Sixth Avenue North
Birmingham, Alabama 35203-2618
205-254-1000
205-254-1999 (fax)

ATTORNEYS FOR DEFENDANT THE NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by U. S. Mail:

Henry Callaway
E. Luckett Robinson
Hand Arendall, LLP
P.O. Box 123
Mobile, AL 36601

Charles A. McCallum, III
R. Brent Irby
McCallum, Hoaglund, Cook & Irby, L.L.P.
2062 Columbiana Road
Vestavia Hills, Alabama 35216

on this the 10th day of May, 2005

_____
John N. Bolus

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, <br><br>Plaintiffs, <br><br>v. <br><br>MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES); UNTIED GROUP SERVICE CENTERS, INC.; UICI MARKETING, INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NASE GROUP INSURANCE TRUST FUND; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; and FICTITIOUS DEFENDANTS 1-20, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   CASE NO. _____ |

## JOINDER AND CONSENT TO REMOVAL

Defendant Specialized Association Services ("SAS"), making a special appearance by and through its counsel of record, appears solely for the purpose of joining in and consenting to the removal of this action to the United States District Court for the Middle District of Alabama, Northern Division. SAS joins in and consents to the removal of this action subject to and without waiving any defenses pursuant to Rule 12 of the Federal Rules of Civil Procedure.[1]

---

[1] Defendant the NASE also specifically preserves and does not waive any and all applicable defenses pursuant to the Federal Rules of Civil Procedure and any right to demand arbitration pursuant to any applicable contractual agreement to arbitrate.

SAS does not waive its right to object to subject matter jurisdiction in this case and expressly reserves its right to make such an objection at a later date.

At the time the Complaint was filed, SAS was incorporated under the laws of the State of Texas with its principal place of business in Texas, and SAS remains at the time of filing of the Notice of Removal, incorporated under the laws of the State of Texas with its principal place of business in Texas. SAS does not maintain a place of business in Alabama.

Respectfully submitted,

By: /s/ John N. Bolus
John N. Bolus
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
901 Sixth Avenue North
Birmingham, Alabama 35203-2618
205-254-1000
205-254-1999 (fax)

ATTORNEYS FOR DEFENDANT
SPECIALIZED ASSOCIATION
SERVICES

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by U. S. Mail:

Henry Callaway
E. Luckett Robinson
Hand Arendall, LLP
P.O. Box 123
Mobile, AL 36601

Charles A. McCallum, III
R. Brent Irby
McCallum, Hoaglund, Cook & Irby, L.L.P.
2062 Columbiana Road
Vestavia Hills, Alabama 35216

on this the 10th day of May, 2005

_____
John N. Bolus