IN THE CIRCUIT COURT FOR BARBOUR COUNTY, ALABAMA
EUFAULA DIVISION

| | |
|---|---|
| DAVID P. NOAKES and<br>CYNTHIA M. NOAKES,<br><br>    Plaintiffs,<br><br>v.<br><br>MEGA LIFE AND HEALTH INSURANCE<br>COMPANY, et al.,<br><br>    Defendants. | Civil Action No. 05-64 |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant MEGA Life and Health Insurance Company gives notice that it has removed the above-captioned matter to the United States District Court for the Middle District of Alabama. A copy of the Notice of Removal filed in that Court is attached hereto.

                              _____
                              E. LUCKETT ROBINSON, II (ROB097)
                              Attorney for Defendant MEGA Life and Health
                              Insurance Company

OF COUNSEL:

HAND ARENDALL, L.L.C.
3000 AmSouth Bank Building
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of May, 2005, I served a copy of the foregoing pleading on counsel of record below by US Mail with adequate postage thereon to assure delivery.

_____

**COUNSEL OF RECORD:**

Robert G. Methvin, Jr., Esq.
Phillip W. McCallum, Esq.
James M. Terrell, Esq.
McCallum, Methvin & Terrell, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205

James B. Pittman, Jr., Esq.
Davis & Fields, P.C.
27180 Pollard Road
Daphne, AL 36526

John N. Bolus, Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
Suite 2400
Birmingham, Alabama 35203-2618