IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID P. NOAKES AND CYNTHIA M.          )
NOAKES,                                  )
                                         )
        Plaintiffs,                      )
                                         )
v.                                       )          Case No. 2:05cv 442-W
                                         )
                                         )
MEGA LIFE AND HEALTH INSURANCE           )
COMPANY; UNITED INSURANCE                )
COMPANIES, INC. (d/b/a THE               )
INSURANCE CENTER, UGA –                  )
ASSOCIATION FIELD SERVICES);             )
UNTIED GROUP SERVICE CENTERS,            )
INC.; UICI MARKETING, INC.;              )
SPECIALIZED ASSOCIATION                  )
SERVICES, INC.; NASE GROUP               )
INSURANCE TRUST FUND; NATIONAL           )
ASSOCIATION FOR THE SELF-                )
EMPLOYED; and FICTITIOUS                 )
DEFENDANTS 1-20,                         )
                                         )
        Defendants.

## DEFENDANT UICI'S CONSENT TO REMOVAL

Undersigned counsel, on behalf of Defendant UICI[1], hereby consents to the removal of

this case to the United States District Court for the Middle District of Alabama, Northern

Division,[2] pursuant to 28 U.S.C. §§ 1441 and 1446.


                                    _____
                                    E. LUCKETT ROBINSON, II  (ROBIE6110)
                                    Attorney for Defendant UICI


---

[1] UICI is incorrectly referred to as United Insurance Companies, Inc. in the Complaint.

[2] UICI specifically preserves and does not waive any and all applicable defenses pursuant to Federal Rule of Civil
Procedure 12, any administrative remedies available under the Certificate, and any right to demand arbitration
pursuant to any applicable agreement to arbitrate.

OF COUNSEL:

HAND ARENDALL, L.L.C.
3000 AmSouth Bank Building
Post Office Box 123
Mobile, Alabama  36601
(251) 432-5511

## CERTIFICATE OF SERVICE

This is to certify that, on May 10, 2005, I served a copy of the foregoing pleading on counsel of record below by US Mail with adequate postage thereon to assure delivery.

COUNSEL OF RECORD:

Robert G. Methvin, Jr., Esq.
Phillip W. McCallum, Esq.
James M. Terrell, Esq.
McCallum, Methvin & Terrell, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205

James B. Pittman, Jr., Esq.
Davis & Fields, P.C.
27180 Pollard Road
Daphne, AL 36526

John N. Bolus, Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL  35203-2618