IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID P. NOAKES AND CYNTHIA M.
NOAKES,

    Plaintiffs

v.

MEGA LIFE AND HEALTH INSURANCE
COMPANY; UNITED INSURANCE
COMPANIES, INC. (d/b/a THE INSURANCE
CENTER, UGA – ASSOCIATION FIELD
SERVICES; UNITED GROUP SERVICE
CENTERS, INC.; UICI MARKETING, INC.;
SPECIALIZED ASSOCIATION SERVICES,
INC.; NATIONAL GROUP INSURANCE
TRUST FUND; NATIONAL ASSOCIATION
FOR THE SELF-EMPLOYED; STEPHANIE
TRANCHINA and  FICTITIOUS
DEFENDANTS 1-20,

    Defendants.

Case No. 2:05cv442-W

## AFFIDAVIT OF ALISA DAVIS

I, Alisa Davis, say and depose as follows:

1. "My name is Alisa Davis. I am over the age of eighteen (18) years, have never been convicted of a felony crime, and am otherwise competent to make this affidavit.

2. I am the Director of Operations for Specialized Association Services ("SAS"). I have personal knowledge of the facts stated in this Affidavit and/or they are based on my review of SAS' corporate records, and those facts are true and correct.

3. SAS is a corporation organized under the laws of the State of Texas with its principal place of business located in Grapevine, Tarrant County, Texas.

4. SAS provides its clients with a number of "back office" administrative services.

5. SAS does not do business in Alabama.

6. SAS is not required to be registered, licensed or otherwise qualified to do business in the State of Alabama and does not have an appointed registered agent for service of process in Alabama.

7. SAS is not required to file any type of tax return with respect to the State of Alabama.

8. SAS has never filed any type of tax return with respect to the State of Alabama.

9. SAS does not have any employees located in the State of Alabama.

10. No officers or directors of SAS reside in the State of Alabama.

11. SAS does not maintain any offices in the State of Alabama.

12. SAS does not own any assets or maintain any bank accounts in the State of Alabama.

13. SAS does not own, maintain, operate, control, or possess real property or business establishments in the State of Alabama.

14. SAS does not maintain a telephone listing in the State of Alabama.

15. SAS does not have any sales representatives in the State of Alabama.

16. SAS does not advertise its services in the State of Alabama.

17. SAS is not required to maintain a registered agent in the State of Alabama.

18. SAS does not directly derive substantial revenue from goods, services, or products consumed in the State of Alabama.

19. SAS is a separate and independent entity from any of the other defendants in this lawsuit.

20. SAS did not solicit, sell, issue, underwrite, or administer the insurance certificates referenced in Plaintiffs' Complaint.

21. SAS does not solicit, sale, issue, underwrite, or administer any insurance certificates sold in Alabama.

22. SAS made no representations to Plaintiffs concerning the insurance certificates referenced in Plaintiffs' Complaint.

23. SAS did not endorse the insurance certificates referenced in Plaintiffs' Complaint.

24. SAS does not insure self-employed individuals or small business owners under the insurance certificates referenced in Plaintiffs' Complaint.

25. SAS has never had any contact with Plaintiffs.

26. SAS has never made any representations or statements to Plaintiffs.

27. SAS has never written any letters to Plaintiffs, nor has SAS directed that any letters or phone conversations be placed to Plaintiffs in Alabama.

28. SAS does not participate in any way in the handling of the claims submitted to The MEGA Life and Health Insurance Company for health insurance coverage.

29. SAS does not control the National Association for the Self-Employed or any of the Defendants.

Further affiant sayeth not."

THE STATE OF TEXAS  §
                    §
COUNTY OF TARRANT   §

*Alisa Davis*
**ALISA DAVIS**

    SUBSCRIBED AND SWORN TO before me, a Notary Public for the State and County aforesaid, on this 16 day of May, 2005.

[Notary Seal]

*Michelle Leiss*
Notary Public, State of Texas

My commission expires:
November 17, 2008

MICHELLE LEISS
My Commission Expires
November 17, 2008