IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DAVID P. NOAKES AND CYNTHIA M. NOAKES,

    Plaintiffs

v.

                                Case No. 2:05cv442-W

MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES; UNITED GROUP SERVICE CENTERS, INC.; UICI MARKETING, INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NATIONAL GROUP INSURANCE TRUST FUND; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; STEPHANIE TRANCHINA and FICTITIOUS DEFENDANTS 1-20,

    Defendants.

## AFFIDAVIT OF CINDY PAGEL

Before me, the undersigned authority on this day personally appeared Cindy Pagel, known to me to be the person whose name is subscribed below, who after being duly sworn under oath says and disposes as follows:

1. "My name is Cindy Pagel. I am over the age of eighteen (18) years. I have never been convicted of a felony crime, and am otherwise competent to make this affidavit.

2. I am an officer of United Group Service Center, Inc. ("UGSC"). I have personal knowledge of the facts stated in this Affidavit and/or they are based on my review of the UGSC's corporate records, and those facts are true and correct.

3. UGSC is a registered and licensed Texas staff leasing service company with its

**AFFIDAVIT OF CINDY PAGEL**

PAGE 1

principal place of business located in Grapevine, Texas.

4. UGSC does not do nor has it ever done business in Alabama.

5. UGSC does not employee people in Alabama.

6. UGSC is not required to be registered, licensed, or otherwise qualified to do business in the State of Alabama.

7. UGSC has never been required to file any type of tax return with respect to the State of Alabama.

8. UGSC has never filed any type of tax return with respect to the State of Alabama.

9. UGSC has never had any employees located in the State of Alabama.

10. UGSC's officers and directors do not reside in the State of Alabama.

11. UGSC has never maintained any offices in the State of Alabama.

12. UGSC has never owned any assets or maintained any bank accounts in the State of Alabama.

13. UGSC has never owned, maintained, operated, controlled, or possessed real property or businesses in the State of Alabama.

14. UGSC has never maintained a telephone listing in the State of Alabama.

15. UGSC does not employ insurance agents in the State of Alabama.

16. UGSC does not advertise its services in the State of Alabama.

17. UGSC has never been required to maintain a registered agent in the State of Alabama.

18. UGSC does not directly derive substantial revenue from goods, services, or products consumed in the State of Alabama.

19. UGSC is a completely separate and independent entity from any of the other defendants in this lawsuit.

20. UGSC did not solicit, market, sell, issue, underwrite, or administer the insurance certificates referenced in Plaintiffs' Complaint.

21. UGSC has never solicited, marketed, sold, issued, underwritten, or administered insurance sold in Alabama.

22. UGSC made no representations to Plaintiffs concerning the insurance policy certificates referenced in Plaintiffs' Complaint.

**AFFIDAVIT OF CINDY PAGEL**

PAGE 2

23. UGSC did not endorse the insurance policies referenced in Plaintiffs' Complaint.

24. UGSC is not involved in the endorsement or sale of insurance policy certificates in the State of Alabama.

25. UGSC does not insure self-employed individuals or small business owners under the insurance policy certificates referenced in Plaintiffs' Complaint.

26. UGSC has never contacted Plaintiffs.

27. UGSC has never made any representations or statements to Plaintiffs regarding health insurance coverage.

28. UGSC did not participate in any way in the handling of the claims submitted by Plaintiffs to MEGA regarding her health insurance coverage.

29. UGSC does not train MEGA insurance agents.

_____
Cindy Pagel, Affiant

STATE OF TEXAS §
§
COUNTY OF TARRANT §

Subscribed to before me, the undersigned authority, on the ___16th___ day of May 2005, to certify which witness my hand and seal of office.

NANCY M. GARCIA
NOTARY PUBLIC
STATE OF TEXAS
MY COMMISSION EXPIRES JUNE 7, 2005

_____
NOTARY PUBLIC, State of Texas

My commission expires:

June 7, 2005

AFFIDAVIT OF CINDY PAGEL

PAGE 3