UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES); UNITED GROUP SERVICE CENTERS, INC.; UICI MARKETING, INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NASE GROUP INSURANCE TRUST FUND; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; STEPHANIE TRANCHINA and FICTITIOUS DEFENDANTS 1-20, | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 2:05cv442-W |
| Defendants. | ) ) ) |

## AFFIDAVIT OF MARK D. HAUPTMAN

STATE OF TEXAS          §
                                      §
COUNTY OF TARRANT   §

I, MARK D. HAUPTMAN, declare as follows:

1. I am over 18 years of age, and am competent to testify in this matter. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto. This affidavit is submitted in support of UICI's Motion to Dismiss, pursuant to

Federal Rule of Civil Procedure 12(b)(2), the Complaint filed against it by Plaintiffs in the above-referenced case.

2.  I am the Vice President, Chief Financial Officer, and Chief Accounting Officer of Defendant UICI. UICI is a holding company incorporated in the State of Delaware, with its principal place of business in the State of Texas. UICI is a publicly held company. UICI's common stock is traded on the New York Stock Exchange.

3.  UICI is the parent company of The MEGA Life and Health Insurance Company ("MEGA"). MEGA is a wholly owned, independently operated subsidiary of UICI.

4.  UICI is not an insurer and does not participate in the business of insurance. UICI is not registered as an insurer in Alabama or any other state. UICI is not registered to do business in Alabama with the Secretary of State. UICI does not pay Alabama taxes and does not own any property in the State of Alabama. UICI has no employees in Alabama. UICI has no officers that are residents of Alabama. UICI has not appointed a registered agent for service of process in Alabama. UICI does not have a telephone listing in Alabama. UICI has never conducted any business in Alabama.

5.  UICI was served with the Summons and Complaint in this matter through one of its officers in the state of Texas.

6.  UICI was not involved in the marketing, sale, underwriting, or administration of any insurance coverage issued to David or Cynthia Noakes or to any other Alabama resident.

7. UICI did not participate in any way in the handling or decisions related to the claims for benefits arising from the medical expenses incurred by David or Cynthia Noakes.

8. In its history as a corporate "person" for jurisdictional purposes, UICI has never purposefully directed any of its activities toward Alabama.

9. UICI has neither consented to jurisdiction nor appeared in this matter. I make this Affidavit as a special appearance only in support of Defendant UICI's Motion to Dismiss Plaintiffs' Complaint.

I declare under penalty of perjury under the laws of the State of Alabama and the United States of America that the foregoing is true and correct.

Executed on May 16, 2005, at North Richland Hills, Texas.

FURTHER AFFIANT SAYETH NOT.

_____
Mark D. Hauptman

SUBSCRIBED AND SWORN TO before me, the undersigned authority on this 16 day of May, 2005.

_____
Notary Public, State of Texas


JENNIFER WHITE
MY COMMISSION EXPIRES
September 24, 2007