UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, <br><br> Plaintiffs, <br><br> vs. <br><br> MEGA LIFE AND HEALTH INSURANCE COMPANY; UNITED INSURANCE COMPANIES, INC. (d/b/a THE INSURANCE CENTER, UGA – ASSOCIATION FIELD SERVICES); UNTIED GROUP SERVICE CENTERS, INC.; UICI , INC.; SPECIALIZED ASSOCIATION SERVICES, INC.; NASE GROUP INSURANCE TRUST FUND; NATIONAL ASSOCIATION FOR THE SELF-EMPLOYED; STEPHANIE TRANCHINA and FICTITIOUS DEFENDANTS 1-20, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:05cv442-W <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF GRANT EZELL

STATE OF TEXAS          §
                       §
COUNTY OF TARRANT       §

I, GRANT EZELL, declare as follows:

1. I am over 18 years of age, and am competent to testify in this matter. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto. This affidavit is submitted in support of UICI Marketing, Inc.'s ("UICI

Marketing") Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(2), the Complaint filed against it by the Plaintiffs in the above-referenced case.

2. I am the Controller and Treasurer of UICI Marketing. UICI Marketing is incorporated in the State of Delaware, with its principal place of business in the State of Texas.

3. UICI Marketing is not an insurer and does not participate in the business of insurance. UICI Marketing is not registered as an insurer in Alabama or any other state. UICI Marketing is not registered to do business in Alabama with the Secretary of State. UICI Marketing does not pay Alabama taxes and does not own any property in the State of Alabama. UICI Marketing has no employees in Alabama. UICI Marketing has no officers that are residents of Alabama. UICI Marketing has not appointed a registered agent for service of process in Alabama. UICI Marketing does not have a telephone listing in Alabama. UICI Marketing has never conducted any business in Alabama.

4. UICI Marketing was served with the Summons and Complaint in this matter through one of its officers in the state of Texas.

5. UICI Marketing's only contact with certain Alabama residents is lead generation through mailing of promotional materials or telemarketing. UICI Marketing does not utilize these leads to make direct sales, but instead sells them to other entities. UICI Marketing receives no money from the sale of insurance to these individuals, and has no involvement in the application process.

6. UICI Marketing was not involved in the sale, underwriting, or administration of any insurance coverage issued to David or Cynthia Noakes or to any other Alabama resident.

7. UICI Marketing did not participate in any way in the handling or decisions related to the claims for benefits arising from the medical expenses incurred by David or Cynthia Noakes.

8. UICI Marketing has neither consented to jurisdiction nor appeared in this matter. I make this Affidavit as a special appearance only in support of Defendant UICI Marketing's Motion to Dismiss Plaintiffs' Complaint.

I declare under penalty of perjury under the laws of the State of Alabama and the United States of America that the foregoing is true and correct.

Executed on May [17], 2005, at North Richland Hills, Texas.

FURTHER AFFIANT SAYETH NOT.

_____
Grant Ezell

SUBSCRIBED AND SWORN TO before me, the undersigned authority on this 17 day of May, 2005.

_____
Notary Public, State of Texas



BRENDA JOHNSON
MY COMMISSION EXPIRES
September 24, 2007

DAL:407352.01-SQBC01!.DOC\78416.0030                  3