# HAND ARENDALL L.L.C. ■ LAWYERS

Henry A. Callaway, III
Direct Dial (251) 694-6224
Direct Fax (251) 544-1608
hcallaway@handarendall.com

3000 AMSOUTH BANK BUILDING ■ 107 SAINT FRANCIS STREET ■ MOBILE, ALABAMA 36602 ■ (251) 432-5511
Post Office Box 123 ■ Mobile, Alabama 36601 ■ Facsimile: (251) 694-6375

May 19, 2005

Ms. Debra Hackett, Clerk
United States District Court
Middle District of Alabama
Northern Division
1 Church Street
Montgomery, Alabama 36104

Re:  *Noakes v. Mega Life and Health Insurance Company, et al.*
Civil Action No. 2:05-cv422-W

Dear Ms. Hackett:

I attempted to file motions to dismiss on behalf of defendants The MEGA Life and Health Insurance Company, UICI, and UICI Marketing, Inc. yesterday evening, May 18th, but had technical difficulties; I am thus filing them this morning.

Yours truly,

*[signature]*

Henry A. Callaway, III
For the Firm

HAC/skm
Enc.
cc: All counsel by electronic service

MOBILE ■ BIRMINGHAM ■ FOLEY

*Lawyers also admitted in Florida, Georgia, Louisiana, Mississippi, and the District of Columbia*