**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 23, 2005

NOTICE OF REASSIGNMENT

To: All Counsel of Record

Re: Noakes et al v. MEGA Life and Health Insurance Company et al
Civil Action No. 2:05-cv-00442-W

The above-styled case has been reassigned to Judge W. Harold Albritton, III.

Please note that the case number is now **2:05-cv-00442-A**. This new case number should be used on all future correspondence and pleadings in this action.