UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MEGA LIFE AND HEALTH INSURANCE )<br>COMPANY; et al., )<br>)<br>Defendants. ) | Case No.<br>2:05cv442-<br>WHA-SRW |

## AFFIDAVIT OF PLAINTIFFS

Before me, the undersigned, a Notary Public in and for the State of Alabama at Large, personally appeared David P. Noakes and Cynthia M. Noakes, who are known to me and who being by me first duly sworn, on oath, depose and state as follows:

"We, David P. Noakes and Cynthia M. Noakes, are the Plaintiffs in the above-styled case and are competent to testify. We make this affidavit based on personal knowledge.

We declare under the penalties of perjury under the laws of the State of Alabama and the United States that the foregoing is true and correct.

We did not intend to seek damages in excess of the total amount $75,000.00 at the time the complaint was filed. We irrevocably agree that the amount of damages claimed by us in this action is and will forever be no more than $75,000.00 exclusive of interest and costs.

1

We irrevocably agree to the entry of an order of this Court which places an irrevocable cap upon the amount of damages which may be sought by or awarded to us in this case, and that this cap shall be set at $75,000.00 exclusive of interest and costs. We will under no circumstances accept a judgment or settlement in this case in excess of $75,000.00. We agree, acknowledge, and understand that this agreement is binding upon us and our heirs, executors, administrators, and assigns, and cannot be rescinded or revoked under any circumstances regardless of any development which may occur during the investigation, discovery, pretrial, or trial of this action."

_____
David P. Noakes

_____
Cynthia M. Noakes

SWORN to and SUBSCRIBED before me on this the _____ day of June, 2005.

_____
NOTARY PUBLIC
My Commission Expires: