UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MEGA LIFE AND HEALTH INSURANCE )<br>COMPANY; et al., )<br>)<br>Defendants. ) | Case No.<br>2:05cv442-<br>WHA-SRW |

**PLAINTIFFS' MOTION FOR EXPEDITED RULING
ON PLAINTIFFS' MOTION TO REMAND**

Plaintiffs have filed their Motion to Remand and, simultaneously herewith, their Opposition to Defendants' Motion to Stay the proceedings. Defendants obviously hope to delay these proceedings long enough for the MDL Panel to transfer this case to Texas, thereby divesting this Court of its jurisdiction to hear Plaintiffs' Motion to Remand. However, as demonstrated in Plaintiffs' Motion to Remand, there is no federal jurisdiction. Plaintiffs respectfully request that this Honorable Court remand this action as soon as possible, so that the MDL Panel will not divest this Court of its jurisdiction regarding the remand

1

issue, thereby requiring Plaintiffs to travel to Texas to have their Motion to Remand heard.

The prosecution of Plaintiffs' claims will be delayed if this matter is transferred by the MDL to Texas.  Further, Plaintiffs should not be required to expend the time, money and resources to travel to Texas to argue their Motion to Remand.

Respectfully submitted,

s/James M. Terrell
Phillip M. McCallum(MCC063)
Robert G. Methvin (MET009)
James M. Terrell (TER015)
Attorneys for Plaintiffs

**OF COUNSEL:**
**MCCALLUM, METHVIN & TERRELL, P.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:  (205) 939-3006
Facsimile:  (205) 939-0399

James B. Pittman, Jr., Esq.
P.O. Box 2525
Daphne, AL 36526-2525

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005, I electronically filed the foregoing document with the Court via the CM/ECF system which will deliver notice of the filing to the following individuals:

John Bolus, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 6th Ave. North, Suite 2400
Birmingham, Alabama  35203


E. Luckett Robinson
Henry C. Callaway, Esq.
Lisa Darnley Cooper, Esq.
HAND ARENDALL, L.L.C.
P.O. Box 123
Mobile, Alabama  36601


s/James M. Terrell
OF COUNSEL

3