UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>MEGA LIFE AND HEALTH INSURANCE )<br>COMPANY; et al., )<br>)<br>    Defendants. ) | Case No.<br>2:05cv442-<br>WHA-SRW |

**MOTION TO EXTEND TIME**

COME NOW the Plaintiffs, by and through the undersigned counsel of record, and move this Court for an extension of time to respond to the Motions to Dismiss filed by the various defendants, and as grounds therefore shows as follows:

1.   Shortly after the removal of this matter, the various defendants filed Motions to Dismiss Plaintiffs' Complaint.

2.   Within the time allowable under the Federal Rules of Civil Procedure, Plaintiffs have filed a Motion to Remand this matter to the Circuit Court of Barbour County, Alabama.  Substantive rulings, like those sought by Defendants in their Motions to Dismiss,

1

are inappropriate until the Court determines the threshold issue of subject matter jurisdiction. See University of South Alabama v. American Tobacco Co., 168 F.3d 405 (11th Cir. 1999) (federal district court may not rule on other matters in the removed action until it first determines whether it has jurisdiction).

WHEREFORE, Plaintiffs request an Order of this Court granting twenty (20) days from the date of this Court's decision on Plaintiffs' Motion to Remand for Plaintiffs to file responses to Defendants' Motions to Dismiss, in the event this Court determines that it that it has subject matter jurisdiction over this cause.

                              Respectfully submitted,

                              s/James M. Terrell
                              Phillip M. McCallum(MCC063)
                              Robert G. Methvin (MET009)
                              James M. Terrell (TER015)
                              Attorneys for Plaintiffs

**OF COUNSEL:**
**MCCALLUM, METHVIN & TERRELL, P.C.**
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:  (205) 939-3006
Facsimile:  (205) 939-0399

James B. Pittman, Jr., Esq.
P.O. Box 2525
Daphne, AL 36526-2525

## CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2005, I electronically filed the foregoing document with the Court via the CM/ECF system which will deliver notice of the filing to the following individuals:

John Bolus, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 6th Ave. North, Suite 2400
Birmingham, Alabama  35203


E. Luckett Robinson
Henry C. Callaway, Esq.
Lisa Darnley Cooper, Esq.
HAND ARENDALL, L.L.C.
P.O. Box 123
Mobile, Alabama  36601


                                    s/James M. Terrell
                                    OF COUNSEL