# U.S. District Court
## Northern District of Alabama (Western)
### CIVIL DOCKET FOR CASE #: 7:04-cv-02351-UWC



Hobson, et al v. Irwin Union Bank, et al
Assigned to: Chief Judge U W Clemon
Demand: $0
Cause: 15:1640 Truth in Lending

Date Filed: 07/30/2004
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Clell L Hobson**
*Individually, and as representatives of a class of plaintiffs*

represented by **Andrew W Hutton**
550 West C Street, Suite 1600
San Diego, CA 92101
1-619-234-2500
Fax: 1-619-839-3984
Email: drew@awhlaw.com
*ATTORNEY TO BE NOTICED*

**C Knox McLaney, III**
MCLANEY & DEBRAY PC
509 South Court Street
PO Box 4276
Montgomery, AL 36103
1-334-265-1282
Fax: 1-334-265-2319 fax
Email: CKMclaney@aol.com
*ATTORNEY TO BE NOTICED*

**David M Skeens**
WALTERS BENDER STROHBEHN & VAUGHAN PC
1100 Main Street
PO Box 26188
Kansas City, MO 64196
1-816-421-6620
Fax: 1-816-421-4747
Email: dskeens@wbsvlaw.com
*ATTORNEY TO BE NOTICED*

**Franklin R Nix**
LAW OFFICES OF FRANKLIN R NIX
1020 Foxcroft Road NW
Atlanta, GA 30327-2624
1-404-261-9759
Fax: 1-404-261-1458
Email: NIXFR@AOL.COM
*ATTORNEY TO BE NOTICED*

**Garrett M Hodes**

WALTERS BENDER STROHBEHN &
VAUGHAN PC
1100 Main Street
PO Box 26188
Kansas City, MO 64196
1-816-421-6620
Fax: 1-816-421-4747
Email: ghodes@wbsvlaw.com
*ATTORNEY TO BE NOTICED*

**J Michael Vaughan**
WALTERS BENDER STROHBEHN &
VAUGHAN PC
2500 City Center Square
PO Box 26188
Kansas City, MO 64196
1-816-421-6620
Fax: 1-816-421-4747
Email: mvaughan@wbsvlaw.com
*ATTORNEY TO BE NOTICED*

**John Joseph Lloyd**
CARTEE & LLOYD
2210 8th Street, Suite B
Tuscaloosa, AL 35401
1-205-759-1554
Email: jlloyd@carteelloydlaw.com
*ATTORNEY TO BE NOTICED*

**John W Sharbrough, III**
THE SHARBROUGH LAW FIRM
PO Box 996
Mobile, AL 36601
1-251-432-1413
Fax: 1-251-432-5297 fax
Email: jws@sharbroughlawfirm.com
*ATTORNEY TO BE NOTICED*

**Michael J Cartee**
CARTEE & LLOYD
2210 8th Street, Suite B
Tuscaloosa, AL 35401
1-205-759-1554
Email: mcartee@carteelloydlaw.com
*ATTORNEY TO BE NOTICED*

**R Frederick Walters**
WALTERS BENDER STROHBEHN &
VAUGHAN PC
1100 Main Street

PO Box 26188
Kansas City, MO 64196
1-816-421-6620
Fax: 1-816-421-4747
Email: fwalters@wbsvlaw.com
*ATTORNEY TO BE NOTICED*

**Scott C Borison**
LEGG LAW FIRM LLC
5500 Buckeystown Pike
Frederick, MD 21703
1-301-620-1016
Fax: 1-301-620-1018
Email: borison@legglaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John A Nixon**
*Individually, and as representatives of a class of Plaintiffs*

represented by **Andrew W Hutton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**C Knox McLaney, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David M Skeens**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Franklin R Nix**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garrett M Hodes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Michael Vaughan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Joseph Lloyd**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John W Sharbrough, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Cartee**

(See above for address)
*ATTORNEY TO BE NOTICED*

**R Frederick Walters**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott C Borison**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Irwin Union Bank and Trust Co.**　　　represented by　**Harlan F Winn, III**
*an Indiana corporation*　　　　　　　　　　　　　　　　BATTLE FLEENOR GREEN WINN &
　　　　　　　　　　　　　　　　　　　　　　　　　　　CLEMMER LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　The Financial Center, Suite 1150
　　　　　　　　　　　　　　　　　　　　　　　　　　　505 North 20th Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　Birmingham, AL 35203
　　　　　　　　　　　　　　　　　　　　　　　　　　　397-8160
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 397-8179
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: hwinn@bfgwc.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**J Preston Turner**
POPE & HUGHES PA
29 West Susquehanna Ave, Suite 110
Towson, MD 21204
1-410-494-7777
Fax: 1-410-494-1658
Email: jpturner@popehughes.com
*ATTORNEY TO BE NOTICED*

**Michael J Clemmer**
BURR & FORMAN LLP
Southtrust Tower, Suite 3100
420 North 20th Street
Birmingham, AL 35203
251-3000
Fax: 458-5100 fax
Email: mclemmer@bfgwc.com
*ATTORNEY TO BE NOTICED*

**Russell J Pope**
POPE & HUGHES PA
29 West Susquehanna Ave, Suite 110
Towson, MD 21204
1-410-494-7777
Fax: 1-410-494-1658 fax

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Virginia Wood Barnhart**<br>POPE & HUGHES PA<br>29 West Susquehanna Ave, Suite 110<br>Towson, MD 21204<br>1-410-494-7777<br>Fax: 1-410-494-1658<br>Email: virginia.barnhart@popehughes.com<br>*ATTORNEY TO BE NOTICED* |
|  | **Wilson F Green**<br>BATTLE FLEENOR GREEN WINN &<br>CLEMMER LLP<br>505 North 20th Street, Suite 1150<br>Birmingham, AL 35203<br>254-0417<br>Fax: 254-0429<br>Email: wgreen@bfgwc.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Residential Funding Corporation**
*a Minnesota corporation*
*also known as*
RFC
*also known as*
GMAC-Residential Funding Corporation
*also known as*
GMAC-RFC

represented by **Harlan F Winn, III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James W Bentz**
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
1-412-288-3131
Fax: 1-412-288-3063 fax
Email: jbentz@reedsmith.com
*TERMINATED: 02/24/2005*
*ATTORNEY TO BE NOTICED*

**Luther M Dorr, Jr**
MAYNARD COOPER & GALE PC
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
254-1000
Fax: 254-1999 fax
Email: rdorr@mcglaw.com
*ATTORNEY TO BE NOTICED*

**Michael J Clemmer**
(See above for address)
*ATTORNEY TO BE NOTICED*

                **Roy William Arnold**
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
1-412-288-3131
Fax: 1-412-288-3063
Email: rarnold@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Thomas Lee Allen**
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
1-412-288-3131
Fax: 1-412-288-3066
Email: tallen@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Wilson F Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Household Finance, Inc.**
*A Delaware corporation*
*TERMINATED: 03/11/2005*

represented by **Andrew J Noble, III**
BRADLEY ARANT ROSE & WHITE
PO Box 830709
Birmingham, AL 35283-0709
521-8000
Fax: 488-6342 fax
Email: anoble@bradleyarant.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wilshire Funding Corporation**
*a Delaware corporation*
*TERMINATED: 03/11/2005*

represented by **George M Neal, Jr**
SIROTE AND PERMUTT PC
PO Box 55727
Birmingham, AL 35255-5727
930-5100
Fax: 930-5335 fax
Email: jneal@sirote.com
*ATTORNEY TO BE NOTICED*

**Kerry P McInerney**
SIROTE AND PERMUTT PC
PO Box 55727
Birmingham, AL 35255-5727
930-5100
Fax: 930-5335 fax
Email: kmcinerney@sirote.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JP Morgan Chase Bank**
*a New York corporation*
*TERMINATED: 03/11/2005*
formerly known as
Chase Manhattan Bank
*TERMINATED: 03/11/2005*

represented by **Luther M Dorr, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Lee Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fairbanks Capital Corporation**
*a Utah Corporation and wholly owned subsidiary of Fairbanks Capital Holding Corporation, a Delaware corporation*
*TERMINATED: 01/03/2005*

represented by **John David Collins**
MAYNARD COOPER & GALE PC
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
254-1000
Fax: 254-1999 fax
Email: jcollins@mcglaw.com
*TERMINATED: 01/03/2005*

**Thomas W Thagard, III**
MAYNARD COOPER & GALE PC
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
254-1000
Fax: 254-1999 fax
Email: tthagard@mcglaw.com
*TERMINATED: 01/03/2005*

**Lee E Bains, Jr**
MAYNARD COOPER & GALE PC
AmSouth Harbert Plaza, Suite 2400
1901 6th Avenue North
Birmingham, AL 35203-2618
254-1000
Fax: 254-1999 fax
Email: lbains@mcglaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Conseco, Inc.**
*a Delaware corporation*
*TERMINATED: 11/03/2004*

**Defendant**

**Morequity, Inc.**
*a Delaware corporation*
*TERMINATED: 03/11/2005*

represented by **Robert H Rutherford**
BURR & FORMAN LLP
Southtrust Tower, Suite 3100

    420 North 20th Street
Birmingham, AL 35203
251-3000
Email: RRutherf@Burr.com
*ATTORNEY TO BE NOTICED*

**Scott A Boykin**
BURR & FORMAN LLP
Southtrust Tower, Suite 3100
420 North 20th Street
Birmingham, AL 35203
251-3000
Fax: 244-5608 fax
Email: sboykin@burr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Community Bank of Northern Virginia**
*a Virginia corporation*

represented by **Douglas Ross**
ODIN FELDMAN & PITTLEMAN PC
9302 Lee Highway, Suite 1100
Fairfax, VA 22031
1-703-218-2127
Fax: 1-703-218-2160
Email: douglas.ross@ofplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee H Zell**
BALCH & BINGHAM LLP
PO Box 306
Birmingham, AL 35201-0306
251-8100
Fax: 488-5815 fax
Email: lzell@balch.com
*ATTORNEY TO BE NOTICED*

**Trustee**

**Robert A Morgan**
*Esq., Bankruptcy Trustee for Debtor Clell L. Hobson*

represented by **James W Bentz**
(See above for address)
*TERMINATED: 02/24/2005*
*ATTORNEY TO BE NOTICED*

**Luther M Dorr, Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert A Morgan**
ROBERT A MORGAN PC
PO Box 020317
Tuscaloosa, AL 35402

1-205-349-5073
Fax: 1-205-349-0025 fax
Email: ramorgan@bellsouth.net
*ATTORNEY TO BE NOTICED*

**Roy William Arnold**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Lee Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/30/2004 | 1 | COMPLAINT filed, amount paid $ 150, receipt # 200-205979 (CTS) (Entered: 08/02/2004) |
| 08/09/2004 | 2 | REQUEST of plaintiff for service by certified mail filed (SRJ) (Entered: 08/10/2004) |
| 08/10/2004 |  | SUMMONS and COMPLAINTS issued to dfts by certified mail (SRJ) (Entered: 08/10/2004) |
| 08/11/2004 | 3 | MOTION by plaintiff for attorney Garrett M. Hodes to appear pro hac vice filed cs (SRJ) (Entered: 08/11/2004) |
| 08/11/2004 | 4 | MOTION by plaintiffs for attorney J Michael Vaughan to appear pro hac vice filed cs (SRJ) (Entered: 08/11/2004) |
| 08/11/2004 | 5 | MOTION by plaintiffs for attorney David M. Skeens to appear pro hac vice filed cs (SRJ) (Entered: 08/11/2004) |
| 08/11/2004 | 6 | MOTION by plaintiffs for attorney Scott C. Borison to appear pro hac vice filed cs (SRJ) (Entered: 08/11/2004) |
| 08/11/2004 | 7 | MOTION by plaintiffs for attorney R. Frederick Walters to appear pro hac vice filed cs (SRJ) (Entered: 08/11/2004) |
| 08/12/2004 |  | PRO HAC VICE admission fee for attys Borison, Hodes, Skeens, Vaughan, & Walters paid on 08/10/04 in the amt of $50 each receipt # 200 206441, (SRJ) (Entered: 08/12/2004) |
| 08/12/2004 | 8 | SUMMONS and COMPLAINT returned executed: upon defendant Residential Funding Corp., on 8/11/04 filed (SRJ) (Entered: 08/12/2004) |
| 08/13/2004 | 9 | 6 - ORDER granting motion for attorney Scott C. Borison to appear pro hac vice [6-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 08/16/2004) |
| 08/13/2004 | 10 | 3 - ORDER granting motion for attorney Garrett M. Hodes to appear pro hac vice [3-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 08/16/2004) |
| 08/13/2004 | 11 | 5 - ORDER granting motion for attorney David M. Skeens to appear pro hac vice [5-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 08/16/2004) |

| | | |
|---|---|---|
| 08/13/2004 | 12 | 4 - ORDER granting motion for attorney J Michael Vaughan to appear pro hac vice [4-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 08/16/2004) |
| 08/13/2004 | 13 | 7 - ORDER granting motion for attorney R. Frederick Walters to appear pro hac vice [7-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 08/16/2004) |
| 08/16/2004 | 14 | SUMMONS and complaint returned executed: upon defendant Irwin Union Bank on 8/13/04 filed (SRJ) (Entered: 08/17/2004) |
| 08/27/2004 | 15 | MOTION by plaintiff for attorney Andrew W. Hutton to appear pro hac vice filed cs (SRJ) (Entered: 08/27/2004) |
| 08/27/2004 | 16 | MOTION by plaintiff for attorney Franklin R. Nix to appear pro hac vice filed cs (SRJ) (Entered: 08/27/2004) |
| 08/27/2004 | | PRO HAC VICE admission fee on behalf of atty Franklin R. Nix paid on 08/27/04 receipt # 200 206937 (SRJ) (Entered: 08/31/2004) |
| 08/27/2004 | | PRO HAC VICE admission fee on behalf of atty Andrew W. Hutton paid on 08/27/04 receipt # 200 206938 (SRJ) (Entered: 08/31/2004) |
| 08/30/2004 | 17 | 15 - ORDER granting motion for attorney Andrew W. Hutton to appear pro hac vice [15-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 08/31/2004) |
| 08/30/2004 | 18 | 16 - ORDER granting motion for attorney Franklin R. Nix to appear pro hac vice [16-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 08/31/2004) |
| 08/30/2004 | 19 | MOTION by plaintiffs John A Nixon and Clell L Hobson for leave to file Amended Complaint filed cs (SRJ) (Entered: 08/31/2004) |
| 08/31/2004 | 20 | MOTION by dfts Irwin Union Bank & Trust Co., and Residential Funding Corp., to extend time to answer filed cs (SRJ) (Entered: 09/01/2004) |
| 09/03/2004 | 21 | 20 - ORDER granting motion to extend time to answer [20-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 09/03/2004) |
| 09/07/2004 | 22 | 19 - ORDER granting plas' motion for leave to file Amended Complaint [19-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 09/07/2004) |
| 09/09/2004 | 23 | NOTICE of APPEARANCE for plaintiffs by atty Franklin R. Nix filed cs (SRJ) (Entered: 09/10/2004) |
| 09/10/2004 | 24 | NOTICE of appearance for plas by Andrew W. Hutton filed cs (SFH) (Entered: 09/13/2004) |
| 09/23/2004 | 25 | NOTICE of APPEARANCE for dft Residential Funding by atty Luther M Dorr Jr filed cs (SRJ) (Entered: 09/24/2004) |
| 09/28/2004 | 26 | MOTION by defendant Residential Funding for attorneys Roy William Arnold, Thomas Lee Allen and James W. Bentz of firm Reed Smith, LLP to appear pro hac vice filed cs (SRJ) (Entered: 09/29/2004) |
| 09/29/2004 | | PRO HAC VICE admission fee for attys Roy W Arnold, Thomas L Allen & James W Bentz on behalf of dft Residential Funding Corp., paid on 09/28/04 receipt # 200 208002 (SRJ) (Entered: 09/29/2004) |
| | | |

| | | |
|---|---|---|
| 09/29/2004 | 27 | MOTION by dfts Irwin Union Bank and Residential Funding to extend time until 10/11/04 to answer filed cs (SRJ) (Entered: 09/30/2004) |
| 09/30/2004 | 28 | AMENDED COMPLAINT filed by plaintiffs [1-1]; jury demand DEEM FILED 8/30/04 cs (SRJ) Modified on 10/06/2004 (Entered: 10/01/2004) |
| 10/01/2004 | | SUMMONS and AMENDED COMPLAINTS issued and delivered to dfts Household Finance, Inc., Wilshire Funding Corp., Residential Funding Corp., JP Morgan Chase Bank, Fairbanks Capital Corp., Conseco, Inc., Morequity, Inc., and Community Bank of Northern Virginia by Certified Mail on 9/30/04 [Note: Amended Complaints deemed filed 8/30/04 before Court granted pla's motion to amend complaint then summons required several corrections] (SRJ) Modified on 10/06/2004 (Entered: 09/21/2004) |
| 10/06/2004 | 29 | SUMMONS and COMPLAINT returned executed: upon defendant Residential Funding Corporation on 10/4/04 filed (SRJ) (Entered: 10/06/2004) |
| 10/06/2004 | 30 | SUMMONS and COMPLAINT returned executed: upon defendant Wilshire Funding Corporatin on 10/4/04 filed (SRJ) (Entered: 10/06/2004) |
| 10/06/2004 | 31 | SUMMONS and COMPLAINT returned executed: upon defendant Morequity, Inc., on 10/6/04 filed (SRJ) (Entered: 10/06/2004) |
| 10/06/2004 | 32 | 26 - ORDER granting dft Residential Funding Corp's motion for attorneys Roy William Arnold, Thomas Lee Allen and James W. Bentz of firm Reed Smith, LLP to appear pro hac vice [26-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 10/07/2004) |
| 10/06/2004 | 33 | 27 - ORDER granting dfts' UNOPPOSED motion to extend time until 10/11/04 to answer [27-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 10/07/2004) |
| 10/07/2004 | 34 | SUMMONS and complaint returned executed: upon defendant Community Bank of on 10/4/04 filed (SRJ) (Entered: 10/08/2004) |
| 10/07/2004 | 35 | SUMMONS and complaint returned executed: upon defendant Fairbanks Capital Corp w/date of delivery omitted filed (SRJ) (Entered: 10/08/2004) |
| 10/08/2004 | 36 | MOTION by plaintiff Clell L Hobson to amend to add Robert A Morgan, Esq., Bankruptcy Trustee as a real party in interest for claims of pla to the extent of unsecured claims discharged in aforesaid bankruptcy proceeding filed cs (SRJ) (Entered: 10/12/2004) |
| 10/08/2004 | 37 | SUMMONS and complaint returned executed: upon defendant Conseco, Inc. on 10/4/04 filed (SRJ) (Entered: 10/12/2004) |
| 10/08/2004 | 38 | SUMMONS and complaint returned executed: upon defendant Household Finance w/date of delivery omitted filed (SRJ) (Entered: 10/12/2004) |
| 10/12/2004 | 39 | MOTION by defendant Residential Funding Corp to dismiss plas' first amended complaint for failure to state a claim upon which relief can be granted filed cs (SRJ) (Entered: 10/13/2004) |
| 10/12/2004 | 40 | BRIEF by dft Residential Funding Corp in support of its motion to dismiss plas' first amended complaint w/exh attchd filed cs (SRJ) (Entered: 10/13/2004) |

| | | |
|---|---|---|
| 10/12/2004 | 41 | MOTION by dft Irwin Union Bank to dismiss this action as to itself w/memorandum in support filed cs (SRJ) (Entered: 10/13/2004) |
| 10/12/2004 | 42 | BRIEF (MEMORANDUM) by dft Irwin Union Bank in support of its motion to dismiss [41-1] filed cs (SRJ) (Entered: 10/13/2004) |
| 10/12/2004 | 43 | NOTICE of Disclosure Statement pursuant to FRCP Rule 7.1 filed by dft Irwin Union Bank cs (SRJ) (Entered: 10/13/2004) |
| 10/12/2004 | 44 | SUMMONS and COMPLAINT returned executed: upon defendant JP Morgan Chase Bank on 10/5/04 filed (SRJ) (Entered: 10/13/2004) |
| 10/12/2004 | 45 | MOTION by dft Irwin Union Bank for attorneys John Preston Turner, Russell Jay Pope and Virginia Wood Barnhart of Pope & Hughes lawfirm to appear pro hac vice w/certs of good standing attchd filed cs (SRJ) (Entered: 10/13/2004) |
| 10/13/2004 | | PRO HAC VICE admission fee in the amt of $150 paid on 10/13/04 receipt # 200 208590 for attys John P Turner, Russell J Pope & Virginia W Barnhart (SRJ) (Entered: 10/13/2004) |
| 10/15/2004 | 46 | ORDER GRANTING pla's motion to amend to ADD Robert A Morgan, Esq., Bankruptcy Trustee as a real party in interest for claims of pla to the extent of unsecured claims discharged in aforesaid bankruptcy proceeding [36-1] filed ( by Chief Judge U W. Clemon ) cm (SRJ) (Entered: 10/18/2004) |
| 10/15/2004 | 47 | ORDER GRANTING motion for attorneys John Preston Turner, Russell Jay Pope and Virginia Wood Barnhart of Pope & Hughes lawfirm to appear pro hac vice on behalf of dft Irwin Union Bank [45-1] filed ( by Chief Judge U W. Clemon ) cm (SRJ) (Entered: 10/18/2004) |
| 10/22/2004 | 49 | BRIEF by trustee JP Morgan Chase Bank in support of its Motion to dismiss plas' first amended complaint [48-1], filed cs (SRJ) Modified on 11/30/2004 (SRJ, ). (Entered: 10/26/2004) |
| 10/22/2004 | 48 | MOTION by trustee JP Morgan Chase Bank to dismiss plas' first amended complaint in its entirety w/prejudice w/affidavits of Roseline K. Maney & Mark W. McDermott attached & w/brief filed separately in support, filed cs (SRJ) Modified on 10/26/2004 Modified on 11/30/2004 (SRJ, ). (Entered: 10/26/2004) |
| 10/22/2004 | 50 | SUBMISSION of EXHIBITS to its brief in by trustee Robert A Morgan in support of its motion to dismiss pla's first amended complaint, filed cs [Too large for file placed in an Expandable Folder (SRJ) (Entered: 10/26/2004) |
| 10/22/2004 | 51 | MOTION by dft Community Bank of Northern Virginia to extend time to 11/5/04 for filing response to plas' first amended ocomplaint filed cs (SRJ) (Entered: 10/26/2004) |
| 10/22/2004 | 52 | MOTION by dft Wilshire Funding to dismiss all claims against it w/brief in support filed cs (SRJ) (Entered: 10/26/2004) |
| 10/22/2004 | 53 | BRIEF by dft Wilshire Funding Corp in support of its Motion to dismss all claims [52-1], filed cs (SRJ) (Entered: 10/26/2004) |
| 10/22/2004 | 54 | NOTICE of Filing Disclosure Statement filed by defendant Wilshire Funding Corporation, cs (SRJ) (Entered: 10/26/2004) |

| 10/22/2004 | 55 | MOTION by dft Fairbanks Capital Corp., to extend time an addl thirty (30) days to answer pla's complaint filed cs (SRJ) (Entered: 10/26/2004) |
| --- | --- | --- |
| 10/25/2004 | 56 | MOTION (Consent) by dft Morequity, Inc. to extend time by ten (10) days to answer plas' first amended complaint, filed cs (SRJ) Modified on 10/26/2004 (Entered: 10/26/2004) |
| 10/26/2004 | 57 | MOTION by dft Household Finance Inc to dismiss this action against it w/memorandum of law in support, filed cs (SRJ) (Entered: 10/26/2004) |
| 10/26/2004 | 58 | BRIEF (Memorandum of Law) by dft Household Finance Inc., in support of its motion to dismiss [57-1], filed cs (SRJ) (Entered: 10/26/2004) |
| 10/26/2004 | 59 | NOTICE of Rule 7.1 Disclosures, filed by dft Household Finance In cs (SRJ) (Entered: 10/26/2004) |
| 10/28/2004 | 60 | 51 - ORDER granting dft Community Bank of Norther Virginia motion to extend time to 11/5/04 for filing response to plas' first amended ocomplaint [51-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 10/28/2004) |
| 10/28/2004 | 61 | 55 - ORDER granting dft Fairbanks Capital Corp's motion to extend time an addl thirty (30) days UNTIL 11/24/04 to answer pla's complaint [55-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 10/28/2004) |
| 10/28/2004 | 62 | 56 - ORDER granting dft MoreEquity, Inc.'s motion to extend time by ten (10) days UNTIL 11/5/04 to answer plas' first amended complaint, [56-1] ( by Chief Judge U W. Clemon ) entered cm (SRJ) (Entered: 10/28/2004) |
| 10/29/2004 | 63 | MOTION by plaintiffs to dismiss dft Conseco, Inc., without prejudice, filed cs (SRJ) (Entered: 10/29/2004) |
| 11/03/2004 | 64 | ORDER GRANTING dft Conseco, Inc.'s motion to dismiss itself WITHOUT PREJUDICE w/the right of pltffs to move to rejoin Conseco Inc in the event it has potential liability not discharged by its Bankruptcy Chapter 11 proceedings, [63-1] filed ( by Chief Judge U W. Clemon ) cm (SRJ) (Entered: 11/03/2004) |
| 11/03/2004 | 65 | MOTION by dft Community Bank of Northern VA for attorney Frank Dougas Ross, III to appear pro hac vice filed cs (SRJ) (Entered: 11/04/2004) |
| 11/04/2004 |  | PRO HAC VICE admission fee on behalf of dft Community Bank of VA for atty Frank Douglas Ross paid on 11/04/04 receipt # 200 209283 (SRJ) (Entered: 11/04/2004) |
| 11/05/2004 | 66 | MOTION by defendant Morequity, Inc. to dismiss complaint w/memorandum of law filed separately, filed cs (SRJ) (Entered: 11/08/2004) |
| 11/05/2004 | 67 | BRIEF (Memorandum of Law) by dft Morequity, Inc., in support of its motion to dismiss filed cs (SRJ) (Entered: 11/08/2004) |
| 11/05/2004 | 68 | NOTICE of Disclosure Statement filed by dft Morequity, Inc. cs (SRJ) (Entered: 11/08/2004) |
| 11/05/2004 | 69 | MOTION by defendant Community Bank of to dismiss plas first amended complaint for failure to state a claim w/memorandum in support filed cs (SRJ) (Entered: 11/08/2004) |

| | | |
|---|---|---|
| 11/05/2004 | 70 | BRIEF (Memorandum) by dft Community Bank of Virginia in support of its motion to dismiss plas' first amended complaint [69-1] filed cs (SRJ) (Entered: 11/08/2004) |
| 11/08/2004 | 71 | NOTICE of Disclosure Statement filed by defendant Community Bank of cs (SRJ) (Entered: 11/09/2004) |
| 11/10/2004 | 72 | NOTICE of Disclosure Statement filed by defendant Residential Funding cs (SRJ) (Entered: 11/10/2004) |
| 11/24/2004 | 73 | MOTION (Unopposed) for Extension of Time until 12/6/04 to File Response as to 28 Amended Complaint by Fairbanks Capital Corporation. (SFH, ) (Entered: 12/01/2004) |
| 12/02/2004 | 74 | ORDER GRANTING dft Select Portfolio Inc's 73 UNOPPOSED Motion for Extension of Time to File Response/Reply to plas' amended complaint by 12/15/2004 . Signed by Judge U W Clemon on December 1, 2004. (SRJ, ) (Entered: 12/02/2004) |
| 12/02/2004 | 75 | NOTICE of Change of Address by attorneys Michael J Clemmer, Wilson F Green, Harlan F Winn, III for dft Irwin Union Bank & Trust Co (SRJ, ) (Entered: 12/03/2004) |
| 12/15/2004 | 76 | ORDER that Attorneys in this case REGISTER for Electronic Case Filing on or before December 30, 2004 AS SET OUT in this Order. Signed by Judge U W Clemon on December 15, 2004. (SRJ, ) (Entered: 12/15/2004) |
| 12/17/2004 | 77 | SCHEDULING ORDER: the Court hereby ORDERS any Briefs, Affidavits, or other Materials in Opposition to dfts' Motions to Dismiss SHALL be filed AS SET OUT in this Order, NO LATER THAN January 14, 2005; The Court WILL LOOK DISFAVORABLE UPON ANY ATTEMPTS TO FURTHER EXTEND Submission Deadlines or Circumbent Submission Requirements; Plaintiffs SHALL FILE Opposition Brief by January 24, 2005. Oral Aruguments SET on Fri., March 4, 2005 @ 10am in US District Courthouse, Tuscaloosa, AL Signed by Judge U W Clemon on December 17, 2004. (SRJ, ) Modified on 12/20/2004 (SRJ, ). (Entered: 12/17/2004) |
| 12/21/2004 | 78 | MOTION (JOINT) to Dismiss dft Select Portfolio Servicing, Inc., without prejudice of plas' claims w/each party to bear their own costs by plaintiffs. (SRJ, ) DEEM FILED 12/15/2004 (SRJ, ). (Entered: 12/21/2004) |
| 12/22/2004 | 79 | NOTICE by Irwin Union Bank and Trust Co. *of Motion Pending before Judicial Panel on Multidistrict Litigation* (Attachments: # 1)(Green, Wilson) (Entered: 12/22/2004) |
| 01/03/2005 | 80 | ORDER re 78 Based on parties joint motion to dismiss ; the court hereby DISMISSES dft Select Portfolio Servicing Inc. w/o prejudice, each party to bear own costs. Signed by Judge U W Clemon on 1/3/05. (MAA, ) (Entered: 01/03/2005) |
| 01/12/2005 | 81 | MOTION to Stay re 79 Notice (Other) *Pending Decision on the Judicial Panel on Multidistrict Litigation* by Community Bank of Northern Virginia, Irwin Union Bank and Trust Co.. (Winn, Harlan) (Entered: 01/12/2005) |
| 01/12/2005 | 82 | Brief re81 MOTION to Stay re 79 Notice (Other) *Pending Decision on the Judicial Panel on Multidistrict Litigation (in support of motion to stay)* filed by Community Bank of Northern Virginia, Irwin Union Bank and Trust Co.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Winn, Harlan) (Entered: 01/12/2005) |
| 01/14/2005 | 83 | RESPONSE in Opposition re 66 Motion to Dismiss, 48 Motion to Dismiss, 52 Motion to Dismiss, 69 Motion to Dismiss, 41 Motion to Dismiss, 57 Motion to Dismiss, 39 |

| | | |
|---|---|---|
| | | Motion to Dismiss *PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTIONS TO DISMISS FILED SEPARATELY BY ALL DEFENDANTS* filed by Clell L Hobson, John A Nixon. (Vaughan, J) (Entered: 01/14/2005) |
| 01/24/2005 | 84 | Brief *of Community Bank of Northern Virginia in Reply to Plaintiffs' Memorandum in Opposition to Defendants' Motions to Dismiss*. (Zell, Lee) (Entered: 01/24/2005) |
| 01/24/2005 | 85 | REPLY Brief filed by Defendant JP Morgan Chase Bank re:83 Response in Opposition to Motion, *in Support of Motion to Dismiss Plaintiffs' First Amended Complaint* filed by JP Morgan Chase Bank. (Lucas, Melinda) (Entered: 01/24/2005) |
| 01/24/2005 | 86 | REPLY Brief filed by Defendant Irwin Union Bank and Trust Co. re:83 Response in Opposition to Motion, *in Support of Motion to Dismiss* filed by Irwin Union Bank and Trust Co.. (Green, Wilson) (Entered: 01/24/2005) |
| 01/24/2005 | 87 | REPLY Brief filed by Defendant Residential Funding Corporation re:83 Response in Opposition to Motion, *in Support of Motion to Dismiss Plaintiffs' First Amended Complaint* filed by Residential Funding Corporation. (Lucas, Melinda) (Entered: 01/24/2005) |
| 01/24/2005 | 88 | REPLY Brief filed by Defendant Household Finance, Inc. re:83 Response in Opposition to Motion, filed by Household Finance, Inc.. (Noble, Andrew) (Entered: 01/24/2005) |
| 01/24/2005 | 89 | RESPONSE in Support re 52 Motion to Dismiss filed by Wilshire Funding Corporation. (McInerney, Kerry) (Entered: 01/24/2005) |
| 01/24/2005 | 90 | REPLY Brief filed by Defendant Morequity, Inc. re:83 Response in Opposition to Motion, *in Support of Defendant Morequity's Motion to Dismiss* filed by Morequity, Inc.. (Boykin, Scott) (Entered: 01/24/2005) |
| 01/26/2005 | 91 | Corporate Disclosure Statement by JP Morgan Chase Bank. (Dorr, Luther) (Entered: 01/26/2005) |
| 01/26/2005 | 92 | RESPONSE in Opposition re 81 MOTION to Stay re 79 Notice (Other) *Pending Decision on the Judicial Panel on Multidistrict Litigation* filed by Clell L Hobson. (Attachments: # 1 Exhibit FDIC Institution Directory# 2 Exhibit Davis/Kossler Docket Report# 3 Exhibit Chatfield Docket Report# 4 Exhibit Ransom Docket Report) (Walters, R) (Entered: 01/26/2005) |
| 02/01/2005 | | ORDER DENYING dfts' 81 Motion to Stay . Signed by Judge U W Clemon on January 31, 2005. (SRJ, req. of S.V. ) (Entered: 02/01/2005) |
| 02/01/2005 | 93 | NOTICE by Clell L Hobson *of Filing of Hobson Plaintiffs' Opposition to Irwin Union Bank and Trust Company's Motion for Coordination or Consolidation Under 28 U.S.C. Section 1407 and Alternatively For Transfer to the Northern District of Alabama* (Attachments: # 1 Exhibit A - Hobson Plaintiffs' Opposition to Irwin Union Bank & Trust Company's Motion for Coordination or Consolidation Under 28 U.S.C. Section 1407)(Walters, R) (Entered: 02/01/2005) |
| 02/15/2005 | 94 | MOTION to Withdraw as Attorney *James W. Bentz, Esq.* by Residential Funding Corporation, JP Morgan Chase Bank. (Dorr, Luther) (Entered: 02/15/2005) |
| 02/24/2005 | | ORDER granting 94 Motion to Withdraw as Attorney. Attorney James W Bentz |

| | | |
|---|---|---|
| | | terminated . Signed by Judge U W Clemon on 2/24/05. (KAM, ) (Entered: 02/24/2005) |
| 02/25/2005 | 95 | NOTICE by Residential Funding Corporation *of Filing of Supplemental Response* (Attachments: # 1 Exhibit A1# 2 Exhibit A2-pgs1-50# 3 Exhibit A2-pgs51-99# 4 Exhibit A2-pgs100-149# 5 Exhibit A2-pgs150-199# 6 Exhibit As-pgs200-249# 7 Exhibit A2-pgs250-299# 8 Exhibit A2-pgs300-365)(Dorr, Luther) (Entered: 02/25/2005) |
| 03/07/2005 | | ORDER GRANTING Motion for Pro Hac Vice Admittance of atty Frank D. Ross, III [65]. Signed by Judge U W Clemon on March 4, 2005. (SRJ, ) (Entered: 03/07/2005) |
| 03/11/2005 | 96 | ORDER Pursuant to hearing of 3/4/05 this court explained that it is prepared to dismiss action as asserted against dfts J.P.Morgan Chase Bank, Moreequity, Inc., Household Finance Inc., and Wilshire Funding Corporation. Remaining dfts shall meet by 3/18/05 and file a Rule 26 (f) report by 3/21/05. Signed by Judge U W Clemon on 3/11/05. (MAA, ) (Entered: 03/11/2005) |
| 03/21/2005 | 97 | REPORT of Rule 26(f) Planning Meeting. (Walters, R) (Entered: 03/21/2005) |
| 03/25/2005 | 98 | TRANSCRIPT of Proceedings held on March 4, 2005 before Judge U.W. Clemon. Court Reporter: Penny L. Enoch. [Contact court reporter for copy of transcript] (SFH, ) (Entered: 03/25/2005) |
| 03/28/2005 | 99 | ORDER re Rule 26 Report Status Conference SET for 4/28/2005 @10:00 AM before Chief Judge U W Clemon in Hugo L Black U.S. Courthouse, Bham., AL.. Signed by Judge U W Clemon on March 28, 2005. (SRJ, ) (Entered: 03/28/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/29/2005 10:10:08 | | | |
| PACER Login: | bf0803 | Client Code: | irwin |
| Description: | Docket Report | Search Criteria: | 7:04-cv-02351-UWC |
| Billable Pages: | 11 | Cost: | 0.88 |