IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

[FILED
APR 0 3 2000
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.]

MELLANEE J. ROGERS,  )
    Plaintiff,  )
    v.  )  CIVIL ACTION NO. 00-T-294-E
METROPOLITAN LIFE INSURANCE  )
AND ANNUITY COMPANY, et al.,  )
    Defendants.  )

## ORDER

It is ORDERED that the motion to stay filed by defendants on March 28, 2000, is denied.

The clerk of the court is DIRECTED to furnish a copy of this order to counsel for the parties by facsimile transmittal.

DONE, this the 3rd day of April, 2000.

                /s/ Myron H. Thompson
                MYRON H. THOMPSON
                UNITED STATES DISTRICT JUDGE


EXHIBIT 3


RECEIVED

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

FILED
APR 13 2000
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

MELLANEE J. ROGERS, )
   Plaintiff, )
 )
v. )   CIVIL ACTION NO. 00-T-294-E
 )
METROPOLITAN LIFE INSURANCE )
AND ANNUITY COMPANY, et al., )
   Defendants. )

ORDER

This lawsuit, which was removed to this court based on diversity of citizenship, see 28 U.S.C.A. § 1332, is now before the court on plaintiff's motion to remand. The court agrees with plaintiff that this case should be remanded to state court. First, complete diversity is absent because both plaintiff and defendant Charlie Hardy are citizens of Alabama. And second, the court concludes that resident-defendant Hardy has not been fraudulently joined. The record does not support a finding that there is "no possibility" that plaintiff can recover from resident-defendant Hardy or that plaintiff has committed "outright fraud" in joining resident-defendant Hardy as a party. Coker v. Amoco Oil Co., 709 F.2d 1433, 1440 (11th Cir. 1983); see also Cabalceta v. Standard Fruit Co., 883 F.2d 1553, 1561 (11th Cir. 1989); Wright v. Metropolitan Life Ins. Co., 74 F. Supp. 2d 1150 (M.D. Ala. 1999) (Thompson, J.). Plaintiff makes the 'colorable' argument, not previously resolved by a federal or state court, that, although Hardy was not a named defendant in the class-action proceeding, he

EOD 4-13-00