CLOSED

U.S. District Court
Middle District of Alabama (Opelika)

CIVIL DOCKET FOR CASE #: 00-CV-155

Baldwin, et al v. Metropolitan Annuity, et al         Filed: 02/14/00
Assigned to: Judge Myron H. Thompson      Jury demand: Plaintiff
      Referred to: Mag. Judge Charles S. Coody
Demand: $0,000                              Nature of Suit: 110
Lead Docket: None                           Jurisdiction: Diversity
Dkt # in CC-Macon County, AL : is CV-00-6

Cause: 12:635 Breach of Insurance Contract


DEBRA BALDWIN                       Ted L. Mann
    plaintiff                       [COR LD NTC]
                                    Mann & Cowan, P.C.
                                    2000-B SouthBridge Parkway
                                    Suite 601
                                    Birmingham, AL 35209
                                    (205) 879-9661
                                    FTS 879-9663


BERNARD J. BALDWIN, II              Ted L. Mann
    plaintiff                       (See above)
                                    [COR LD NTC]


    v.


METROPOLITAN LIFE INSURANCE         Lee E. Bains, Jr.
AND ANNUITY COMPANY, a              8,205-254-1999 fax
corporation                         [COR LD NTC]
    defendant                       Tony G. Miller
                                    [COR LD NTC]
                                    Stephen C. Jackson
                                    [COR LD NTC]
                                    David P. Donahue
                                    [COR LD NTC]
                                    Maynard, Cooper & Gale, P.C.
                                    1901 Sixth Avenue North
                                    2400 AmSouth/Harbert Plaza
                                    Birmingham, AL 35203-2602
                                    (205)254-1000
                                    FTS 254-1999


METROPOLITAN LIFE INSURANCE         Lee E. Bains, Jr.
COMPANY, a corporation              (See above)
    defendant                       [COR LD NTC]

Docket as of April 6, 2000 3:01 pm                    Page 1


EXHIBIT 4

Proceedings include all events.
2:00cv155 Baldwin, et al v. Metropolitan Annuity, et al          CLOSED

                              Tony G. Miller
                              (See above)
                              [COR LD NTC]
                              Stephen C. Jackson
                              (See above)
                              [COR LD NTC]
                              David P. Donahue
                              (See above)
                              [COR LD NTC]

DEBORAH RASCOMB TRIMBLE, an      Lee E. Bains, Jr.
individual and agent of the       (See above)
named and fictitiously             [COR LD NTC]
identified defendants              Tony G. Miller
   defendant                        (See above)
                              [COR LD NTC]
                              Stephen C. Jackson
                              (See above)
                              [COR LD NTC]
                              David P. Donahue
                              (See above)
                              [COR LD NTC]

FICTITIOUS DEFENDANT(S), A, B,
C, D, E and F
   defendant
  [term 02/14/00]

```
Proceedings include all events.
3:00cv155 Baldwin, et al v. Metropolitan Annuity, et al                CLOSED

2/14/00    1    Defendants Metropolitan Insurane and Annuity Company and
                Metropolitan Life Insurance Company's NOTICE OF REMOVAL;
                (Exhibits A & B attached) FILING FEE $ 150.00 RECEIPT #
                80691 (djy) [Entry date 02/17/00] [Edit date 02/17/00]

2/14/00    1    COMPLAINT (djy) [Entry date 02/17/00]

2/14/00    1    DEMAND for jury trial by Debra Baldwin, Bernard J. Baldwin
                II (djy) [Entry date 02/17/00]

2/14/00    2    JOINDER by Deborah Bascomb Trimble in [1-1] removal notice
                referred to Judge Myron H. Thompson (djy)
                [Entry date 02/17/00]

2/14/00    3    NOTICE of filing notice of removal to state court by
                Metropolitan Annuity, Metropolitan Life Insur (Exhibit A
                attached). Referred to Judge Thompson. (djy)
                [Entry date 02/17/00] [Edit date 02/17/00]

2/17/00    --   File referred to Judge Thompson. (djy) [Entry date 02/17/00]

2/18/00    4    ORDER setting Status Conference 8:30 a.m. on 3/7/00
                before Judge Myron H. Thompson, FMJFB & USC, Montgomery,
                Al.; directing counsel for all parties to be present, as
                further set out in order ( signed by Judge Myron H.
                Thompson ). Copies mailed to counsel; furnished to YG, HC &
                SC. (djy) [Entry date 02/18/00]

2/22/00    5    ANSWER to Complaint by Deborah Bascomb Trimble. Referred to
                Judge Myron H. Thompson (djy) [Entry date 02/23/00]

2/22/00    6    ANSWER to Complaint by Metropolitan Annuity, Metropolitan
                Life In. Referred to Judge Myron H. Thompson (djy)
                [Entry date 02/23/00]

2/25/00    7    MOTION by Debra Baldwin, Bernard J. Baldwin II to Remand
                (Exhibits A & B attached). Referred to Judge Myron H.
                Thompson (djy) [Entry date 02/25/00]

2/28/00    8    ORDER directing that the [7-1] motion to Remand by Bernard
                J. Baldwin II, Debra Baldwin be set for submission on
                3/15/00, without oral argument, with all briefs due by said
                date; setting Brief deadline to 3/15/00 ( signed by Judge
                Myron H. Thompson ). Copies mailed to counsel. (djy)
                [Entry date 02/28/00]

2/28/00    9    NOTICE of motion for consolidation filed in CV-00-A-24-E by
                Metropolitan Annuity, Metropolitan Life Ins (Exhibit A
                attached). Referred to Judge Thompson. (djy)
                [Entry date 02/29/00]
```

Proceedings include all events.
3:00cv155 Baldwin, et al v. Metropolitan Annuity, et al                              CLOSED

| Date | # | Entry |
|---|---|---|
| 3/7/00 | 10 | SCHEDULING ORDER setting Pretrial Conference for 11/30/00 before Judge Myron H. Thompson, in Opelika, Al.; jury trial set for 1/22/01 before Judge Myron H. Thompson, in Opelika, AL; setting dispositive Motion Filing deadline on 8/30/00; setting amended pleading deadline for 5/21/00; setting Discovery cutoff 11/16/00; Mediation Notice deadline on 6/16/00 (AOFORM85 attached) ( signed by Judge Myron H. Thompson ). Copies mailed to counsel; furnished to YG, HC, SC & JURY (djy) [Entry date 03/07/00] |
| 3/14/00 | 11 | MOTION by Metropolitan Life In to Stay pending final action by the judicial panel on multidistrict litigation (Exhibits A thru L attached). Referred to Judge Myron H. Thompson (djy) [Entry date 03/15/00] |
| 3/15/00 | 12 | MEMORANDUM by Metropolitan Annuity, Metropolitan Life In in opposition to [7-1] motion to Remand by Bernard J. Baldwin II, Debra Baldwin (Exhibits 1 thru 16 attached). Referred to Judge Myron H. Thompson (djy) [Entry date 03/16/00] |
| 3/17/00 | 13 | ORDER denying [11-1] motion to Stay pending final action by the judicial panel on multidistrict litigation; DIRECTING the clerk to provide copy of order to all parties by facsimile ( signed by Judge Myron H. Thompson ), copies mailed to counsel; furnished to SC. (war) [Entry date 03/17/00] |
| 3/20/00 | 14 | REPLY By Debra Baldwin, Bernard J. Baldwin II in support of [7-1] motion to Remand. Referred to Judge Myron H. Thompson (djy) [Entry date 03/20/00] |
| 3/22/00 | 15 | ORDER, JUDGMENT and DECREE of the court that plaintiffs' [7-1] motion to Remand to state court, filed on 2-25-00, is granted and that, pursuant to 28 U.S.C.A. 1447(c), this cause is remanded to the Circuit Court of Macon County, Alabama; directing the clerk to take the appropriate steps to effect the remand ( signed by Judge Myron H. Thompson ). Copies mailed to counsel; certified copy mailed to circuit court clerk, Macon County, Alabama; furnished to YG, HC, SC & JURY. (djy) [Entry date 03/22/00] [Edit date 03/22/00] |
| 3/22/00 | -- | Case closed (djy) [Entry date 03/22/00] |

```
                    U.S. District Court
               Middle District of Alabama (Opelika)            CLOSED

              CIVIL DOCKET FOR CASE #: 00-CV-155

Baldwin, et al v. Metropolitan Annuity, et al
Assigned to: Judge Myron H. Thompson
        Referred to: Mag. Judge Charles S. Coody       Filed: 02/14/00
Demand: $0,000                                  Jury demand: Plaintiff
Lead Docket: None                               Nature of Suit: 110
Dkt'# in CC-Macon County, AL : is CV-00-6       Jurisdiction: Diversity
Cause: 12:635 Breach of Insurance Contract
```

EZRA BALDWIN
    plaintiff

Ted L. Mann
[COR LD NTC]
Mann & Cowan, P.C.
2000-B SouthBridge Parkway
Suite 601
Birmingham, AL 35209
(205) 879-9661
FTS 879-9663

WARD J. BALDWIN, II
    plaintiff

Ted L. Mann
(See above)
[COR LD NTC]

METROPOLITAN LIFE INSURANCE
ANNUITY COMPANY, a
corporation
    defendant

Lee E. Bains, Jr.
8,205-254-1999 fax
[COR LD NTC]
Tony G. Miller
[COR LD NTC]
Stephen C. Jackson
[COR LD NTC]
David P. Donahue
[COR LD NTC]
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2602
(205) 254-1000
FTS 254-1999

METROPOLITAN LIFE INSURANCE
CO., a corporation
    defendant

Lee E. Bains, Jr.
(See above)
[COR LD NTC]

as of April 6, 2000 3:01 pm                                Page 1

Proceedings include all events.
3:00cv155 Baldwin, et al v. Metropolitan Annuity, et al                                    CLOSED

                                Tony G. Miller
                                (See above)
                                [COR LD NTC]
                                Stephen C. Jackson
                                (See above)
                                [COR LD NTC]
                                David P. Donahue
                                (See above)
                                [COR LD NTC]

DEBORAH BASCOMB TRIMBLE, an
individual and agent of the                    Lee E. Bains, Jr.
named and fictitiously                         (See above)
identified defendants                          [COR LD NTC]
    defendant                              Tony G. Miller
                                  (See above)
                                [COR LD NTC]
                                Stephen C. Jackson
                                (See above)
                                [COR LD NTC]
                                David P. Donahue
                                (See above)
                                [COR LD NTC]

FICTITIOUS DEFENDANT(S), A, B,
C, D, E and F
    defendant
    [term 02/14/00]

as of April 6, 2000 3:01 pm                                    Page 2

Proceedings include all events.
3:00cv155 Baldwin, et al v. Metropolitan Annuity, et al                                    CLOSED

| Date | # | Description |
|---|---|---|
| 2/14/00 | 1 | Defendants Metropolitan Insurane and Metropolitan Life Insurance Company and Annuity Company's NOTICE OF REMOVAL; (Exhibits A & B attached) FILING FEE $ 150.00 RECEIPT # 80691 (djy) [Entry date 02/17/00] [Edit date 02/17/00] |
| 2/14/00 | 1 | COMPLAINT (djy) [Entry date 02/17/00] |
| 2/14/00 | 1 | DEMAND for jury trial by Debra Baldwin, Bernard J. Baldwin II (djy) [Entry date 02/17/00] |
| 2/14/00 | 2 | JOINDER by Deborah Bascomb Trimble in [1-1] removal notice referred to Judge Myron H. Thompson (djy) [Entry date 02/17/00] |
| 2/14/00 | 3 | NOTICE of filing notice of removal to state court by Metropolitan Annuity, Metropolitan Life Insur (Exhibit A attached). Referred to Judge Thompson. (djy) [Entry date 02/17/00] [Edit date 02/17/00] |
| 2/17/00 | -- | File referred to Judge Thompson. (djy) [Entry date 02/17/00] |
| 2/18/00 | 4 | ORDER setting Status Conference 8:30 a.m. on 3/7/00 before Judge Myron H. Thompson, FMJFB & USC, Montgomery, AL.; directing counsel for all parties to be present, as further set out in order ( signed by Judge Myron H. Thompson ). Copies mailed to counsel; furnished to YG, HC & SC. (djy) [Entry date 02/18/00] |
| 2/22/00 | 5 | ANSWER to Complaint by Deborah Bascomb Trimble. Referred to Judge Myron H. Thompson (djy) [Entry date 02/23/00] |
| 2/23/00 | 6 | ANSWER to Complaint by Metropolitan Annuity, Metropolitan Life In. Referred to Judge Myron H. Thompson (djy) [Entry date 02/23/00] |
| 2/25/00 | 7 | MOTION by Debra Baldwin, Bernard J. Baldwin II to Remand (Exhibits A & B attached). Referred to Judge Myron H. Thompson (djy) [Entry date 02/25/00] |
| 2/28/00 | 8 | ORDER directing that the [7-1] motion to Remand by Bernard J. Baldwin II, Debra Baldwin be set for submission on 3/15/00, without oral argument, with all briefs due by said date; setting Brief deadline to 3/15/00 ( signed by Judge Myron H. Thompson ). Copies mailed to counsel. (djy) [Entry date 02/28/00] |
| 2/29/00 | 9 | NOTICE of motion for consolidation filed in CV-00-A-24-E by Metropolitan Annuity, Metropolitan Life Ins (Exhibit A attached). Referred to Judge Thompson. (djy) [Entry date 02/29/00] |

as of April 6, 2000 3:01 pm                                                              Page 3

Proceedings include all events.
3:00cv155 Baldwin, et al v. Metropolitan Annuity, et al                                    CLOSED

| Date | # | Entry |
|---|---|---|
| 3/7/00 | 10 | SCHEDULING ORDER setting Pretrial Conference for 11/30/00 before Judge Myron H. Thompson, in Opelika, Al.; jury trial set for 1/22/01 before Judge Myron H. Thompson, in Opelika, AL; setting dispositive Motion Filing deadline on 8/30/00; setting amended pleading deadline for 5/21/00; setting Discovery cutoff 11/16/00; Mediation Notice deadline on 6/16/00 (AOFORM85 attached) ( signed by Judge Myron H. Thompson ). Copies mailed to counsel; furnished to YG, HC, SC & JURY (djy) [Entry date 03/07/00] |
| 3/14/00 | 11 | MOTION by Metropolitan Life In to Stay pending final action by the judicial panel on multidistrict litigation (Exhibits A thru L attached). Referred to Judge Myron H. Thompson (djy) [Entry date 03/15/00] |
| 3/15/00 | 12 | MEMORANDUM by Metropolitan Annuity, Metropolitan Life In in opposition to [7-1] motion to Remand by Bernard J. Baldwin II, Debra Baldwin (Exhibits 1 thru 16 attached). Referred to Judge Myron H. Thompson (djy) [Entry date 03/16/00] |
| 3/17/00 | 13 | ORDER denying [11-1] motion to Stay pending final action by the judicial panel on multidistrict litigation; DIRECTING the clerk to provide copy of order to all parties by facsimile ( signed by Judge Myron H. Thompson ), copies mailed to counsel; furnished to SC. (wax) [Entry date 03/17/00] |
| 3/20/00 | 14 | REPLY By Debra Baldwin, Bernard J. Baldwin II in support of [7-1] motion to Remand. Referred to Judge Myron H. Thompson (djy) [Entry date 03/20/00] |
| 3/22/00 | 15 | ORDER, JUDGMENT and DECREE of the court that plaintiffs' [7-1] motion to Remand to state court, filed on 2-25-00, is granted and that, pursuant to 28 U.S.C.A. 1447(c), this cause is remanded to the Circuit Court of Macon County, Alabama; directing the clerk to take the appropriate steps to effect the remand ( signed by Judge Myron H. Thompson ). Copies mailed to counsel; certified copy mailed to circuit court clerk, Macon County, Alabama; furnished to YG, HC, SC & JURY. (djy) [Entry date 03/22/00] [Edit date 03/22/00] |
| 3/22/00 | -- | Case closed (djy) [Entry date 03/22/00] |

as of April 6, 2000 3:31 pm