IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MEGA LIFE AND HEALTH INSURANCE ) <br> COMPANY; UNITED INSURANCE COMPANIES, ) <br> INC. (d/b/a THE INSURANCE ) <br> CENTER, UGA – ASSOCIATION FIELD ) <br> SERVICES); UNITED GROUP SERVICE ) <br> CENTERS, INC.; UICI MARKETING, INC.; ) <br> SPECIALIZED ASSOCIATION SERVICES, INC.; ) <br> NASE GROUP INSURANCE TRUST FUND; ) <br> NATIONAL ASSOCIATION FOR THE SELF- ) <br> EMPLOYED; STEPHANIE TRANCHINA and ) <br> FICTITIOUS DEFENDANTS 1-20, ) <br> ) <br> Defendants. ) | CASE NO. 2:05cv442-A |

RESPONSE TO MOTION FOR EXPEDITED RULING
ON REMAND AND REQUEST FOR TIME

Defendant The MEGA Life and Health Insurance Company moves the Court for ten days, until June 27, 2005, to respond to the plaintiffs' motion to remand, and as grounds, shows:

1. This case was removed from the Circuit Court of Barbour County on the basis of diversity jurisdiction on May 10, 2005. Plaintiffs waited 38 days, until June 17th, to file a motion to remand but have now requested an expedited ruling.

2. The defendants filed motions to dismiss on May 18 and 19, 2005, none of which the plaintiffs have responded to.

3. The removal petition is supported by well-reasoned and well-supported opinions from two experts regarding the amount in controversy. The complaint contains no limitation on the amount sought. Plaintiffs have submitted only an <u>unexecuted</u> affidavit in support of their motion to remand.

4. There are good arguments as to why the motion to remand should be denied because this Court has subject matter jurisdiction. Particularly in light of plaintiffs' delay in filing the motion to remand, there is no reason to rush to judgment on this issue and ten days to respond will not prejudice any parties.

Respectfully submitted,

 /s/ E. Luckett Robinson, II
HENRY A. CALLAWAY, III  (CALLH4748)E. LUCKETT ROBINSON, II  (ROBIE6110)
Attorneys for Defendants UICI, UICI Marketing, Inc., and The MEGA Life and Health Insurance Company

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Tel:   (251) 432-5511
Fax:   (251) 694-6375

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this day, June 17, 2005, served a copy of the foregoing pleading on all counsel of record by electronic service and by placing a copy of same in United States Mail, properly addressed and first class postage prepaid, as follows:

Phillip W. McCallum, Esq.
James M. Terrell, Esq.
McCallum, Methvin & Terrell, P.C.
The Highland Building
2201 Arlington Avenue South
Birmingham, AL 35205

John N. Bolus, Esq.
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
Suite 2400
Birmingham, Alabama 35203-2618

                                            /s/ E. Luckett Robinson, II

M: 201618
367938_1