IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES, et al., | ) |
|            Plaintiffs, | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv442-A |
| MEGA LIFE AND HEALTH INSURANCE COMPANY, et al., | ) |
|            Defendants. | ) |

### **ORDER**

Upon consideration of motions presently pending before the court, it is hereby ORDERED as follows:

1. Plaintiffs' Motion to Expedite Ruling (Doc. #26) is DENIED.

2. Plaintiffs' Motion for Extension of Time to File Response/Reply as to Motion to Dismiss (Doc. #27) is GRANTED.

3. Defendants' Motion for Extension of Time to File Response/Reply to Motion to Remand (Doc. #29) is GRANTED.

4. Defendants are given **until July 1, 2005**, to respond to the Plaintiffs' Motion to Remand.

DONE this 21st day of June, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE