IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| MEGA LIFE AND HEALTH INSURANCE COMPANY et al., | ) ) ) ) | Civil Action No. 2:05-cv-00442-A |
| Defendants. | ) ) | |

### AGREED MOTION TO STAY LITIGATION
### PENDING SETTLEMENT NEGOTIATIONS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs David and Cynthia Noakes ("Plaintiffs") and defendant The MEGA Life and Health Insurance Company ("MEGA") (collectively, the "Parties") move the Court to stay this case for a period of forty-five days until August 1, 2005, and as grounds, show:

    1.    The Parties have agreed to discuss settlement of this case and several other related cases pending in the state and federal courts of Alabama. Plaintiffs' counsel will meet with MEGA and its counsel in Dallas, Texas on July 18, 2005.

    2.    The Parties request a temporary stay of this case while they explore settlement in order to minimize the Parties' expense and so that they may concentrate their efforts toward resolving the cases.

    3.    Counsel for the other defendants have no objection to this request for stay.

    4.  Accordingly, the Parties respectfully request that the Court stay the case until August 1, 2005.

    5.  A proposed order is attached to this motion.

              /s/ Michael Yancey
              PHILLIP W. McCALLUM
              P. MICHAEL YANCEY
              Attorneys for Plaintiffs

OF COUNSEL:
McCALLUM & METHVIN, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone: (205) 939-3006
Facsimile: (205) 939-0399

              /s/ Henry Callaway
              HENRY A. CALLAWAY, III
              E. LUCKETT ROBINSON, II
              Attorneys for Defendant The MEGA Life
              and Health Insurance Company

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375

## CERTIFICATE OF SERVICE

I hereby certify that I have served counsel of record this 21st day of June, 2005 with the foregoing pleading by placing same in the United States mail with adequate postage affixed thereto.

Counsel of Record:

Phillip W. McCallum
P. Michael Yancey
McCallum & Methvin, P.C.
2201 Arlington Ave., S.
Birmingham, AL 35205-0000

Dwight M. Francis
Aimee C. Oleson
Lisa L. Honey
Gardere, Wynne & Sewell LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201-0000

John Bolus
Marcie P. Braswell
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North, Suite 2400
Birmingham, AL 35203-2618

Robert S. Summerhays
Alaina K. Harrington
David E. Pitcher
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201-7830


/s/ Henry Callaway

M: 201618
368570_1