IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. |
| MEGA LIFE AND HEALTH INSURANCE | ) | 2:05-cv-00442-A |
| COMPANY et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER STAYING LITIGATION
## PENDING SETTLEMENT NEGOTIATIONS

This Court having considered Plaintiffs David and Cynthia Noakes

("Plaintiffs") and defendant The MEGA Life and Health Insurance Company's

("MEGA") Agreed Motion to Stay Litigation Pending Settlement Negotiations, and for

good cause appearing therefrom,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.     The above-referenced matter is stayed as to all named parties until

August 1, 2005.

Dated this _____ day of _____, 2005.


_____
W. HAROLD ALBRITTON, III
UNITED STATES DISTRICT COURT

M: 201618
368571_1