IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID P. NOAKES AND CYNTHIA M. NOAKES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MEGA LIFE AND HEALTH INSURANCE ) <br> COMPANY et al., ) <br> ) <br> Defendants. ) | Civil Action No. <br> 2:05-cv-00442-A |

## AGREED MOTION TO STAY LITIGATION
## PENDING SETTLEMENT NEGOTIATIONS

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiffs David and Cynthia Noakes ("Plaintiffs") and defendant The MEGA Life and Health Insurance Company ("MEGA") (collectively, the "Parties") move the Court to stay this case for a period of forty-five days until August 1, 2005, and as grounds, show:

1. The Parties have agreed to discuss settlement of this case and several other related cases pending in the state and federal courts of Alabama. Plaintiffs' counsel will meet with MEGA and its counsel in Dallas, Texas on July 18, 2005.

2. The Parties request a temporary stay of this case while they explore settlement in order to minimize the Parties' expense and so that they may concentrate their efforts toward resolving the cases.

3. Counsel for the other defendants have no objection to this request for stay.

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20__

_____
UNITED STATES DISTRICT JUDGE