

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 21 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1578

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE UICI "ASSOCIATION-GROUP" INSURANCE LITIGATION

*David P. Noakes, et al. v. MEGA Life & Health Insurance Co., et al.,* M.D. Alabama, C.A. No. 2:05-442

## CONDITIONAL TRANSFER ORDER (CTO-10)

On February 20, 2004, the Panel transferred nine civil actions to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable A. Joe Fish.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Fish.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of February 20, 2004, 305 F.Supp.2d 1360 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable A. Joe Fish.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 7 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Certified a true copy of an instrument on file in my office on 7/15/05
Clerk, U.S. District Court,
Northern District of Texas
By C. Braswell  Deputy

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 21 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1578

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE UICI "ASSOCIATION-GROUP" INSURANCE LITIGATION

*David P. Noakes, et al. v. MEGA Life & Health Insurance Co., et al.*, M.D. Alabama, C.A. No. 2:05-442

### CONDITIONAL TRANSFER ORDER (CTO-10)

On February 20, 2004, the Panel transferred nine civil actions to the United States District Court for the Northern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the Northern District of Texas. With the consent of that court, all such actions have been assigned to the Honorable A. Joe Fish.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of Texas and assigned to Judge Fish.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Texas for the reasons stated in the order of February 20, 2004, 305 F.Supp.2d 1360 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable A. Joe Fish.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Texas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 7 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL LIST (CTO-10)
DOCKET NO. 1578
IN RE UICI "ASSOCIATION-GROUP" INSURANCE LITIGATION

John N. Bolus
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Amsouth/Harbert Plaza
Birmingham, AL 35203-2618

James B. Pittman, Jr.
Davis & Fields, PC
27180 Pollard Road
Daphne, AL 36526

E. Luckett Robinson, II
Hand Arendall, LLC
107 St. Francis Street
Suite 3000
P.O. Box 123
Mobile, AL 36601

James M. Terrell
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205

# United States District Court
## Northern District of Texas

Karen Mitchell
Clerk of Court

1100 Commerce, Room 1452
Dallas, Texas 75242

July 15, 2005

Ms. Debra P. Hackett
Clerk of Court
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

SUBJECT:   Transfer Order on UICI "Associated-Group" Insurance Litigation
           Case Number: 3:04md1578-G

Dear Clerk:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above civil action to this district under 28 U.S.C. 1407.

Please forward your entire file and a certified copy of the docket report to this office.

Sincerely,

Charlotte A. Braswell
Deputy Clerk

Enclosure