**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

Karen Mitchell, Clerk
Attn: MDL, Clerk Charlotte A. Braswell
United States District Court
Northern District of Texas
1100 Commerce, Room 1452
Dallas, Texas 75242

05CV442 USDC TX

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   7/22/05

Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:        ☐ No

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7004 2510 0001 0150 4934

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540